IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE OVERBY and PAULETTE M. OVERBY,<br><br>                                        Plaintiffs,<br><br>- vs -<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,<br><br>                                        Defendants. | Case No. 06-1356 (RMC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

The National Association of Letter Carriers, National Association of Letter Carriers Annuity Trust Fund, William H. Young, and the Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund (collectively "Defendants"), respectfully move for an Order granting Defendants an extension to file their response to the Complaint filed by Plaintiffs Halline and Paulette Overby ("Plaintiffs") until Friday, October 13, 2006.  In support of their consent motion, Defendants state as follows:

1.      According to the Court's docket, Plaintiffs served Defendants with the Complaint on August 1, 2006.

2.      Pursuant to Fed. R. Civ. P. 12(a), Defendants' response to Plaintiffs' Complaint is due October 2, 2006.

3.      Because Defendants require more than the standard sixty (60) days to respond to the Complaint, they respectfully seek a brief extension of time.  This motion is necessary because lead counsel for Defendants has been out of the country for a significant period of time and had very limited ability to access the internet or otherwise communicate with Defendants.

- 2 -

4. If Defendants' motion is granted, a response to Plaintiffs' Complaint would be due on October 13, 2006.

5. This motion represents the first extension of time that Defendants have sought in this case.

6. The proposed extension of time will not prejudice any of the parties, and will foster judicial economy in resolving this case.

7. Plaintiffs have indicated, through counsel, their consent to this motion.

For all of these reasons, Defendants respectfully request that this motion be granted.

Dated: September 28, 2006                                              Respectfully submitted,

_____/s/_____
John C. Hayes, Jr.
**NIXON PEABODY LLP**
401 Ninth Street, N.W., Ninth Floor
Washington D.C.  20004
(202) 585-8345 - phone
(202) 585-8080 - fax
jhayes@nixonpeabody.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September ___, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Stephen R. Bruce
> 805 15th Street, N.W.
> Suite 210
> Washington D.C. 20005

                                  _____/s/_____
                                        John W. Bramlette