IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE OVERBY and PAULETTE M. OVERBY,<br><br>                                             Plaintiffs,<br><br>  - vs -<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,<br><br>                                             Defendants. | Case No. 06-1356 (RMC) |

**ORDER GRANTING DEFENDANTS' MOTION FOR
AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Upon consideration of the Defendants' motion for an extension of time to respond to Plaintiffs' Complaint, it is, this ___ day of _____, 2006, hereby

**ORDERED**, that the motion be granted; and it is

**FURTHER ORDERED**, that Defendants are granted an extension until Friday, October 13, 2006, to respond to Plaintiffs' complaint in the above-captioned matter.

_____
Judge Rosemary M. Collyer

COPIES TO:

John C. Hayes, Jr.
John W. Bramlette
**NIXON PEABODY LLP**
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Stephen R. Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C. 20005