A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Halline and Paulette M. Overby

        Plaintiff(s)         )   **APPEARANCE**

        vs.         )   CASE NUMBER   1:06CV01356

National Association of Letter Carriers et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   John C. Hayes, Jr.   as counsel in this
(Attorney's Name)

case for:   National Association of Letter Carriers, et al.
(Name of party or parties)

November 2, 2006
Date

/s/
Signature

183582
BAR IDENTIFICATION

John C. Hayes, Jr.
Print Name

401 9th Street, N.W., Suite 900
Address

Washington DC    20004
City    State    Zip Code

(202) 585-8345
Phone Number