UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

_____
                                                         )

**HALLINE and PAULETTE M. OVERBY,**  )
                                                       )
                **Plaintiffs,**                 )
  vs.                                             )
                                                       )
**NATIONAL ASSOCIATION OF LETTER**  )    Case No. 06 CV- 1356 (RMC)
**CARRIERS, NATIONAL ASSOCIATION**  )
**OF LETTER CARRIERS ANNUITY**     )
**TRUST FUND, WILLIAM H. YOUNG, and** )
**BOARD OF TRUSTEES of NATIONAL**    )
**ASSOCIATION OF LETTER CARRIERS**  )
**ANNUITY TRUST FUND,**                  )
                                                       )
                **Defendants.**                )
_____ )

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on November 27, 2006, it is hereby

**ORDERED** that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made no later than January 12, 2007.

2. This matter shall be referred to Magistrate Judge _____ for mediation, including narrowing the factual issues in dispute, on or before March 12, 2007.

3. Counsel are expected to evaluate their respective cases for settlement purposes and make a good faith effort to narrow the factual issues in dispute. If the case settles, Plaintiffs' counsel shall advise this Court by promptly filing a stipulation. If the factual issues in

dispute can be narrowed, the parties shall prepare a proposed schedule modifying the discovery dates and dates for dispositive motions set out below.

4. Motions to join third parties or to amend the pleadings shall be filed no later than February 21, 2007.

5. The parties do not intend to use expert witnesses.

6. Each party is limited to a maximum of ten (10) depositions.

7. Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

8. Each party is limited to a maximum of twenty-five (25) requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made 30 days after service.

9. All discovery shall be completed no later than May 31, 2007.

10. Dispositive motions shall be filed no later than June 15, 2007; oppositions shall be filed no later than July 6, 2007; and replies shall be filed no later than July 20, 2007. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LcvR 7(e) are to be strictly followed by the parties.

11. Discovery material shall not be filed with the Court unless so ordered. See LcvR 5.2(a).

12. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LcvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LcvR 7.1(m) to confer in good faith in an effort to resolve any discovery

dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

13. The pre-trial conference shall be held 60 days following the Court's ruling on dispositive motions.

14. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. See Fed. R. Civ. P. 16(b); LcvR 16.4(b).

**SO ORDERED.**


Date: _____, 2006          _____
                                        ROSEMARY M. COLLYER
                                        United States District Judge