IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**NATIONAL ASSOCIATION OF** )<br>**LETTER CARRIERS,** *et al.*, )<br>)<br>**Defendants.** )<br>)<br>) | Civil Action No. 06-CV-1356 (RMC) |

### DEFENDANTS' MOTION TO MODIFY THE
### SCHEDULING ORDER AND LIFT THE STAY OF DISCOVERY

Defendants National Association of Letter Carriers ("NALC"), National Association of Letter Carriers Annuity Trust Fund ("Fund" or "ATF"), William H. Young ("Mr. Young") and Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund ("Board"), collectively "Defendants", by and through their counsel, hereby respectfully request that the Court modify the existing scheduling order by lifting the current stay on discovery as set forth in the attached Proposed Order.

In further support of this motion, Defendants respectfully refers the Court to its Memorandum of Points and Authorities in Support hereof and the exhibits thereto. Prior to filing this motion, Defendants, through counsel, contacted counsel for Plaintiffs and requested consent the relief sought herein, but such consent was not obtained.

Dated: May 8, 2007                                   Respectfully submitted,


                                                                         _____/s/_____
                                                     John C. Hayes, Jr. (Bar No. 183582)
                                                     John W. Bramlette (Bar No. 499362)
                                                   NIXON PEABODY LLP
                                                   401 Ninth Street, N.W., Suite 900
                                                   Washington D.C.  20004
                                                   (202) 585-8000 (phone)
                                                   (202) 585-8080 (facsimile)
                                                   jhayes@nixonpeabody.com

                                                   ***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2007, I caused a copy of the foregoing Motion to Modify the Scheduling Order and Lift the Stay on Discovery to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen Bruce
>805 15th Street, N.W.
>Suite 210
>Washington, D.C.  20005

>_____/s/_____
>John W. Bramlette