IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE OVERBY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-CV-1356 (RMC) |
| NATIONAL ASSOCIATION OF ) | |
| LETTER CARRIERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendants' motion to modify the scheduling order and lift the stay of discovery, the attached exhibits, and in consideration of the entire record herein, it is, this ___ day of May, 2007, hereby

ORDERED, that the motion is hereby granted in its entirety; and it is further

ORDERED, that the stay of discovery in the above-captioned litigation is lifted until the later of June 15, 2007, or the completion of depositions for non-parties George N. Davis and James Worsham; and it is further

ORDERED, that a mediation hearing before Magistrate Judge John M. Facciola will be scheduled at the earliest possible date after the stay of discovery is reinstated; and it is further

ORDERED, that the stay of discovery will run and continue forty-five (45) days from the date of mediation hearing; and it is further

ORDERED, that an amended scheduling order will be issued to reflect the parameters ordered herein.

_____
Judge Rosemary M. Collyer

COPIES TO:

Stephen Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C.   20005

*Counsel for Plaintiffs*


John C. Hayes, Jr.
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C.   20004

*Counsel for Defendants*