AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Halline Overby and Paulette M. Overby )
             Plaintiff(s) )
                                     ) **APPEARANCE**
                                     )
               vs. )   CASE NUMBER   06-1356 (RMC)
National Association of Letter Carriers, )
et al. )
             Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Allison C. Caalim__ as counsel in this
                               (Attorney's Name)

case for: __Halline and Paulette Overby, Plaintiffs.__
                (Name of party or parties)

6/8/2007
Date

*[signature]*
Signature

494372
BAR IDENTIFICATION

Allison C. Caalim
Print Name

805 15th St. NW, Suite 210
Address

Washington DC 20005
City      State      Zip Code

(202) 289-1385
Phone Number