AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Halline Overby and Paulette M. Overby )
                                      )
        Plaintiff(s)          )   **APPEARANCE**
                                      )
                                      )
        vs.                   )   CASE NUMBER  06-1356 (RMC)
National Association of Letter Carriers, )
et al.                                )
        Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Allison C. Caalim__ as counsel in this
                             (Attorney's Name)

case for: __Halline and Paulette Overby, Plaintiffs.__
              (Name of party or parties)

6/8/2007
Date

/s/ Allison C. Caalim
Signature

494372
BAR IDENTIFICATION

Allison C. Caalim
Print Name

805 15th St. NW, Suite 210
Address

Washington    DC    20005
City    State    Zip Code

(202) 289-1385
Phone Number