UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE OVERBY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1356 (RMC) |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| LETTER CARRIES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

After a status conference held in open Court on December 11, 2007, it is hereby **ORDERED** that the Scheduling Order [Dkt. # 7] be modified as follows:

1. All discovery shall be completed no later than March 31, 2008.

2. A pre-trial conference is scheduled for May 19, 2008 at 10:00 a.m. A pre-trial order will be issued separately.

3. A three-day Bench Trial is set to commence on May 27, 2008 at 9:30 a.m.

4. Counsel are reminded that they are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

**SO ORDERED.**

Date: December 13, 2007
/s/
ROSEMARY M. COLLYER
United States District Judge