UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE OVERBY,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  ) Civil Action No. 06-CV-1356 (RMC/JMF)<br>NATIONAL ASSOCIATION OF  )<br>LETTER CARRIERS, *et al.*,  )<br>  )<br>Defendants.  )<br>  )<br>  ) | |

### DEFENDANTS' AMENDED REQUEST FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

It is respectfully requested that the Clerk of the Court note and enter the withdrawal of appearance of John W. Bramlette (DC Bar Number 499362) of the law firm of Nixon Peabody LLP, 401 9th Street, N.W., Suite 900, Washington, D.C. 20004 as co-counsel for Defendants in the above captioned matter. Mr. Bramlette is withdrawing because he has left the firm of Nixon Peabody LLP, and is no longer active in this litigation.

Defendants further request that Emily K. Hargrove (DC Bar Number 482906) of the law firm of Nixon Peabody LLP, be substituted as co-counsel in the instant litigation. Ms. Hargrove's contact information is as follows:

> Emily K. Hargrove
> Nixon Peabody LLP
> 401 9th Street, N.W.
> Suite 900
> Washington, DC 20004
> (202) 585-8000
> (202) 585-8080 (facsimile)
> ehargrove@nixonpeabody.com

10916806.1

John C. Hayes, Jr., of the law firm of Nixon Peabody LLP will continue to represent the Defendants as lead trial counsel. Please send all papers in this case to the attention of John C. Hayes, Jr. and Emily K. Hargrove from this date forward.

Dated: February 25, 2008

Respectfully submitted,

NIXON PEABODY, LLP

/s/
_____
John C. Hayes, Jr (DCB No. 183582)
Emily K. Hargrove (DCB No. 482906)
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, I sent a copy of the foregoing **DEFENDANTS' AMENDED REQUEST FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL,** to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen Bruce
>805 15th Street, N.W.
>Suite 210
>Washington, D.C.  20005
>
>*Counsel for Plaintiffs*

>_____/s/_____
>Emily K. Hargrove