UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HALLINE OVERBY, *et al.*,           )<br>                                                 )<br>         Plaintiffs,                       )<br>                                                 )<br>    v.                                         )<br>                                                 )<br> NATIONAL ASSOCIATION OF  )<br> LETTER CARRIERS, *et al.*,       )<br>                                                 )<br>         Defendants.                    )<br>                                                 ) | Civil Action No. 06-1356 (RMC) |

### ORDER FOR JOINT PRETRIAL STATEMENT

It is hereby **ORDERED** that the parties shall file with the Court a Joint Pretrial Statement no later than May 9, 2008. In addition to all items required by Local Civil Rule 16.5(b), this Joint Pretrial Statement shall include:

   a.   a list of expert witnesses, accompanied by a brief description of each witness' area of expertise and expected testimony, followed by specific objections (if any) to each witness;

   b.   a list of exhibits, followed by numbered copies of the exhibits, that each party intends to offer during trial (except that if the total number of pages exceeds 25, the exhibits should be submitted in a separate binder);

   c.   any motions in limine, with citations to legal authority, that the parties reasonably anticipate will arise at trial, accompanied by any oppositions and replies thereto;

   d.   any stipulations, signed by counsel and the parties.

*Failure to comply with this Order will be deemed a waiver of all objections to matters covered by this Order.*

**SO ORDERED**.


Date: March 4, 2008

                                                /s/
ROSEMARY M. COLLYER
United States District Judge