### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **NATIONAL ASSOCIATION OF** | ) |
| **LETTER CARRIERS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

Civil Action No. 06-CV-1356 (RMC/JMF)

## DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE

National Association of Letter Carriers, National Association of Letter Carriers Annuity Trust Fund, William H. Young, and the Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund (collectively "Defendants"), respectfully move for an Order granting an extension of the discovery deadline from March 31, 2008 to April 25, 2008.  In support of its motion, Defendant state as follows:

1.    The current discovery deadline is March 31, 2008.

2.    In late February, Defense counsel's wife had an accident which required surgery and medical follow-up and resulted in unanticipated scheduling conflicts.

3.    Additionally, the health and medical needs of witnesses Vincent Sombrotto and Brian Ferris has limited the witnesses availability.

4.    Moreover, Defendant sought to depose Plaintiff Paulette Overby in early 2007, but Plaintiffs' counsel was unwilling to agree until after the mediation. Plaintiffs' counsel

refused to make Mrs. Overby available for deposition until mid-March which unnecessarily compressed the schedule.

5.    As a result the parties will be unable to complete a number of depositions before the March 31, 2008 deadline.

6.    Specifically at issue are Plaintiffs' depositions of Vincent Sombrotto, currently scheduled for April 3, 2008, in Jericho, N.Y., William Young, currently scheduled for April 7, 2008 in Washington D.C., and Defendant's deposition Brian Ferris, in Orange County, California, the date for which has not been finalized because Mr. Ferris is waiting to hear if he will need to have back surgery.

7.    The Court's Scheduling Orders of December 13, 2007 and  March 4, 2008, establish the following deadlines: the parties pretrial statements are due on May 9, 2008, the pretrial conference is scheduled for May 19, 2008, and a three-day Bench Trial is set to commence on May 27, 2008.

8.    Defendant's proposed date of April 25, 2008, is three weeks before the pre-trial conference and more than a month before trial.  The proposed extension will not prejudice any of the parties and will not affect any other deadlines set in this case.

9.    Pursuant to LCvR 7(m), counsel conferred in good faith with Plaintiffs' counsel and sought their consent for this Motion.  Plaintiffs consent to extending the deadline for the Plaintiffs' April 3 and April 7 depositions, but do not consent to extend the deadline for Mr. Ferris's deposition, and take the position that Mr. Ferris should travel from California for the trial.

For all of these reasons, the parties respectfully request that this motion be granted.

Dated: March 31, 2008

Respectfully submitted,

NIXON PEABODY, LLP

_____/s/_____
John C. Hayes, Jr (DCB No. 183582)
Emily K. Hargrove (DCB No. 482906)
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, I sent a copy of the foregoing

**CONSENT MOTION TO EXTEND DISCOVERY DEADLINE,** to be filed with the Court,

via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen Bruce
>805 15th Street, N.W.
>Suite 210
>Washington, D.C.   20005
>
>*Counsel for Plaintiffs*

_____/s/_____

Emily K. Hargrove

10949443.1