IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HALLINE OVERBY and PAULETTE M. OVERBY,

                        Plaintiffs,

- vs -

NATIONAL ASSOCIATION OF LETTER CARRIERS, et al.,

                        Defendants.

Case No. 06-1356 (RMC)

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR
AN EXTENSION TO EXTEND THE DISCOVERY DEADLINE**

Upon consideration of the Defendant's Motion to Extend the Discovery Deadline and any Opposition and Reply thereto, it is, this ___ day of _____, 2008, hereby

**ORDERED**, that the motion be granted; and it is

**FURTHER ORDERED**, that the discovery deadline is April 25, 2008.

_____
Judge Rosemary M. Collyer

COPIES TO:

John C. Hayes, Jr.
Emily K. Hargrove
**NIXON PEABODY LLP**
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Stephen R. Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C. 20005