# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE M. OVERBY, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| NATIONAL ASSOCIATION OF LETTER ) | Case No. 06 CV-1356 |
| CARRIERS, NATIONAL ASSOCIATION ) | (RMC/JMF) |
| OF LETTER CARRIERS ANNUITY ) | |
| TRUST FUND, WILLIAM H. YOUNG, ) | |
| BOARD OF TRUSTEES of NATIONAL ) | |
| ASSOCIATION OF LETTER CARRIERS ) | |
| ANNUITY TRUST FUND, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXTEND DISCOVERY DEADLINE

Stephen R. Bruce
Allison C. Caalim
805 15th St., NW, Suite 210
Washington, D.C. 20005
stephen.bruce@prodigy.net
Telephone: (202) 371-8013
Facsimile: (202) 371-0121

Attorneys for Plaintiffs

Plaintiffs oppose Defendants' motion to extend the discovery deadline for the following reasons:

1. After much delay, Plaintiffs were able to schedule the depositions of Vincent Sombrotto, the former President of the NALC, and William Young, the current President, for March 20 and March 31, 2008, respectively. Much later, Defendants' counsel informed Plaintiffs' counsel of scheduling conflicts and asked to move Mr. Sombrotto's deposition to April 3rd and Mr. Young's deposition first to April 4th and then April 7th. Plaintiffs accommodated those requests because the depositions would still be completed a week after the March 31 discovery deadline.

2. Plaintiffs object to Defendants' current request to extend the discovery deadline to April 25, 2008 to accommodate Defendants' deposition of Brian Ferris who is Defendants' own witness. Defendants identified Mr. Ferris, a close associate of Mr. Young, as a potential witness in their April 17, 2007 Supplemental Initial Disclosures. The Supplemental Initial Disclosures stated that Mr. Ferris has information related to his "familiarity with both Plaintiffs" and his "interaction with Plaintiff Halline Overby during the period between 1991 and 1992."

3. Defendants' have had ample time since April 2007 to interview Mr. Ferris or depose him. If Defendants expect to use Mr. Ferris to testify about the

matters described in the Supplemental Initial Disclosures, he has to attend the trial so the Court can evaluate his testimony and Mr. and Mrs. Overby can rebut it if necessary. Mr. Overby, who is 87 years old, is unable to travel to California to attend a deposition of one of the Defendants' own witnesses.

4.    Contrary to Defendants' contentions that the extension will not prejudice the parties, extending the discovery deadline to accommodate Defendants' deposition of Mr. Ferris would require a three-day trip to California and reduce the trial preparation period after discovery closes by half. Plaintiffs' counsel have already scheduled their work on a number of other active cases, as well as the marriage plans of the associate with primary responsibility for this case in May, based on the completion of discovery by April 7th. Plaintiffs cannot simply rearrange schedules for three-day trips to attend a deposition of Defendants' own witness.

5.    In view of the recent modifications in the plans of Defendants' counsel and witnesses, Plaintiffs are also concerned that the proposed extension is a prelude to a request that Mr. Ferris be permitted to testify by deposition and/or for a postponement in the trial. As Plaintiffs indicated to Your Honor at the December 11, 2007 status conference, Plaintiffs cannot push this case back because Mr. Overby is 87 years old and in poor health.

**Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that this Court deny Defendants' motion to extend the discovery deadline to April 25, 2008.

Dated: April 2, 2008

                                         /s/ Stephen R. Bruce
                                        Stephen R. Bruce
                                        Allison C. Caalim
                                        805 15th St., NW, Suite 210
                                        Washington, D.C. 20005
                                        stephen.bruce@prodigy.net
                                        Telephone: (202) 371-8013
                                        Facsimile: (202) 371-0121

                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of April, 2008, a true and correct copy of (1) Plaintiffs' Opposition to Defendants' Motion to Extend Discovery Deadline, and (2) this Certificate of Service was sent via CM/ECF electronic filing, addressed to the following parties:

    John C. Hayes
    Emily K. Hargrove
    NIXON PEABODY LLP
    401 Ninth Street, N.W.
    Suite 900
    Washington, D.C. 20024-2128

    Attorneys for Defendants

                                      /s/ Stephen R. Bruce