UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE M. OVERBY,  )<br>   )<br>            Plaintiffs,   )<br>   )<br>vs.   )<br>   )<br>NATIONAL ASSOCIATION OF LETTER   )<br>CARRIERS, NATIONAL ASSOCIATION   )<br>OF LETTER CARRIERS ANNUITY   )<br>TRUST FUND, WILLIAM H. YOUNG, and   )<br>BOARD OF TRUSTEES of the NATIONAL   )<br>ASSOCIATION OF LETTER CARRIERS   )<br>ANNUITY TRUST FUND,   )<br>   )<br>            Defendants.   )<br>   )  | Case No. 06 CV-1356 (RMC) |

**PLAINTIFFS' MOTION IN LIMINE BASED ON DEFENDANTS'
REFUSAL TO "FAIRLY RESPOND" TO REQUESTS FOR ADMISSION
AND THEIR FAILURE TO PRODUCE CERTAIN DOCUMENTS**

Plaintiffs hereby submit this motion in limine in accordance with this Court's March 4, 2008 Order (dkt.#19) and April 7, 2008 Minute Order. Plaintiffs request that this Court rule that certain requests for admission should be deemed admitted based on Defendants' pro forma denials and that inferences should be drawn in Plaintiffs' favor based on Defendants' failure to produce key documents.

WHEREFORE, Plaintiff respectfully requests that Plaintiff's motion in limine be granted. A memorandum and Proposed Order accompany this motion.

Dated: May 8, 2008

                                                            Respectfully submitted,

                                                             /s/ Stephen R. Bruce
                                                            Stephen R. Bruce

                    D.C. Bar 289066  
                    805 15th St., NW, Suite 210  
                    Washington, DC 20005  
                    (202) 371-8013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 8th day of May, 2008, a true and correct copy of (1) Plaintiffs' Motion in Limine Based on Defendants' Refusal to "Fairly Respond" to Requests for Admission and Their Failure to Produce Certain Documents, (2) the Memorandum in Support, (3) the Proposed Order and (4) this Certificate of Service was sent via CM/ECF electronic filing, addressed to the following parties:

John C. Hayes
Emily K. Hargrove
NIXON PEABODY LLP
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20024-2128

Attorneys for Defendants

    /s/ Stephen R. Bruce