UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE M. OVERBY, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| NATIONAL ASSOCIATION OF LETTER | )   Case No. 06 CV-1356 (RMC) |
| CARRIERS, NATIONAL ASSOCIATION | ) |
| OF LETTER CARRIERS ANNUITY | ) |
| TRUST FUND, WILLIAM H. YOUNG, and | ) |
| BOARD OF TRUSTEES of the NATIONAL | ) |
| ASSOCIATION OF LETTER CARRIERS | ) |
| ANNUITY TRUST FUND, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>PROPOSED ORDER</u>**

Upon consideration of Plaintiffs' Motion in Limine Based on Defendants' Refusal to "Fairly Respond" to Requests for Admission and Their Failure to Produce Certain Documents, the Memorandum in Support, the arguments at the pre-trial conference and the entire record, it is this ____ day of _____, 2008, hereby **ORDERED** that the Plaintiffs' Motion is **GRANTED**. Accordingly, it is **ORDERED** that:

1. Requests for Admission Nos. 5-6, 10, 13, 16-18 and 34 to which Defendants' response is to "deny" with no further explanation are deemed admitted.

2. Requests for Admission Nos. 3, 11-12, 23-24, and 27-28 to which Defendants' response is that the document "speaks for itself" are deemed admitted.

3. Defendants' failure to produce certain documents in response to Plaintiffs' document requests warrants the following inferences:

      a.      Defendants responded affirmatively to Question 8(b)(*ii*) in the Form 5500 Annual Return/Report for NALC Annuity Trust Fund for the April-May 1985 time period.

      b.      The NALC's Application for Retirement or Survivor Annuity and Instructions were not altered from the period of mid-1985 until the "middle to latter part of the summer of 2007."

      c.      The amendment to the survivor annuity rule was not submitted to the Annuity Trust Fund's Actuary for an evaluation or estimate of its costs.

4.      Any notes taken at the May 15, 1985 NALC Executive Council meeting shall be produced by May 23, 2008, or the Court shall infer that they show that no presentation was made about any modification to the survivor's annuity rule in the "set of amendments" approved at the meeting.

_____
ROSEMARY M. COLLYER
United States District Judge