UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**HALLINE and PAULETTE OVERBY,** )
)
**Plaintiffs,** )
)
v. )
) Civil Action No. 06-CV-1356 (RMC/JMF)
**NATIONAL ASSOCIATION OF** )
**LETTER CARRIERS,** *et al.*, )
)
**Defendants.** )
)
)

## DEFENDANTS' MOTION IN LIMINE

Defendants National Association of Letter Carriers ("NALC"), National Association of Letter Carriers Annuity Trust Fund ("Fund" or "Plan"), William H. Young ("Mr. Young") and Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund ("Board"), collectively "Defendants" by its attorneys Nixon Peabody LLP, hereby submit this Motion in Limine to bar the introduction of the following evidence at the trial of this case because it is inadmissible hearsay: Statement of Lawrence G. Hutchins, Sr., June 4, 2004; Statement of Lawrence G. Hutchins, Sr. December 8, 2004; Statement of Eugene McNulty, May 10, 2004; Statement of Robert J. Buntz, January 19, 2005; Statement of John J. Marco, February 13, 2005; Statement of Paul E. Davis, November 29, 2004; Statement of Paul E. Davis, May 14, 2004 (Date is unclear); Statement of James Souza, December 31, 2004; Statement of James Souza, November 3, 2003; Statement of John W. DiTollo, May 29, 2004; Statement of Michael J. O'Connor, October 31, 2003; Statement of Charles Miller, July 15, 2003; Statement of William

10966983.2

Heintz, July 15, 2003; Statement of James E. Worsham, December 10, 2004; Statement of George N. Davis, December 8, 2004; and Statement of George N. Davis, July 1, 2004.[1]

The grounds for this Motion are set forth fully in Defendants' Memorandum of Points and Authorities, which is hereby incorporated by reference.  For the reasons set forth in this Motion and the Memorandum in Support thereof, Defendants' respectfully request their Motion be granted and the statements excluded from evidence.

Dated: May 8, 2008                    Respectfully submitted,

                                      NIXON PEABODY, LLP


                                            /s/ John C. Hayes, Jr.
                                      John C. Hayes, Jr. (DCB No. 183582)
                                      Emily K. Hargrove (DCB No. 482906)
                                      401 9th Street, N.W., Suite 900
                                      Washington, DC 20004-2128
                                      (202) 585-8000
                                      (202) 585-8080 (facsimile)

                                      *Counsel for Defendants*

---

[1] Copies of all statements at issue are attached hereto as Exhibit 1.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE OVERBY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-CV-1356 (RMC/JMF) |
| NATIONAL ASSOCIATION OF | ) |
| LETTER CARRIERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION IN LIMINE**

Plaintiffs intend to introduce multiple letters from former Trustees and Executive Council members in support of their claims in this matter. Defendants move to exclude these letters from evidence because they are hearsay statements and do not fall within any exception to the hearsay rule.

Hearsay is an out of court statement offered for the truth of the matter asserted. Fed. R. Evi. 801. Such statements are inadmissible unless they fall within a hearsay exception. Fed. R. Evid. 802. Here, Plaintiffs apparently contacted a number of former Trustees, Executive Council members, and Annuity Trust Fund participants and asked them to provide statements with respect to issues in this case. Specifically, it appears Plaintiffs inquired as to the writers' memories of the meetings of the Trustees and/or Executive Council which took place 23 years ago in 1985, their recollection of amendments to the Annuity Trust Fund generally, and/or the writers' recollection with respect to receiving Plan documents. The individuals sent Plaintiffs letters – some notarized, some not – setting forth each writers' memory, or lack thereof, of

10966983.2

various issues. Plaintiffs deposed two of these individuals, George Davis and James Worsham, but the rest are not likely to be called as witnesses at trial.

Plaintiffs' intend to offer these letters to prove the truth of the matters asserted therein. This is evident from the Plaintiffs' Complaint which specifically alleges "the letters show that an amendment to the surviving spouse rule was not presented for a vote by the trustees during the Annuity Trust Fund meeting on April 19, 1985, or by the members of the Executive Council in the meeting on May 15-16, 1985." Complaint at ¶ 23. Further, Plaintiffs repeatedly have asserted that the letters are evidence of the veracity of their claims during depositions. No doubt, Plaintiffs intend to do the same at trial. "One of the principal goals of the hearsay rule is to exclude declarations when their veracity cannot be tested through cross-examination" *United States v. Long*, 284 U.S. App. D.C. (D.C. App. 1990); *see generally* 5 JACK B. WEINSTEIN & MARGARET A. BERGER, WEINSTEIN'S FEDERAL EVIDENCE § 802.02[2] (2000). To allow Plaintiffs to introduce these letters into evidence runs completely afoul of this goal.

## CONCLUSION

The letters are out-of-court statements offered for the truth of the matter asserted. They are hearsay. Because they do not fall within any of the Federal Rules' hearsay exceptions, they are inadmissible hearsay. Consequently, the letters be excluded from evidence at trial. For the foregoing reasons, Defendants respectfully request that the court excluded the statements, listed in Defendants' Motion from evidence at trial.

Dated: May 8, 2008                                     Respectfully submitted,

                                                              NIXON PEABODY, LLP

                                                              /s/ John C. Hayes, Jr.
                                                      John C. Hayes, Jr. (DCB No. 183582)
                                                      Emily K. Hargrove (DCB No. 482906)
                                                      401 9th Street, N.W., Suite 900
                                                      Washington, DC 20004-2128
                                                      (202) 585-8000
                                                      (202) 585-8080 (facsimile)

                                                      *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 8th day of May, 2008, a true and correct copy of the foregoing and this Certificate of Service was filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen R. Bruce
>Allison Caalim
>D.C. Bar No. 289066
>805 15th St., NW, Suite 210
>Washington, D.C. 20005

>_____/s/ John C. Hayes, Jr._____
>John C. Hayes, Jr.

4