EXHIBIT 1

TO WHOM IT MAY CONCERN:

During my 14 years as a member of the NALC Executive Committee, I had the occasion to vote on two (2) changes to the NALC Annuity Retirement System.

1. To allow Richard P. O'Connor to rejoin the system after he had received payment from the annuity.

2. To permit Vincent R. Sombrotto to make payment to the annuity system for the years he served as President of his local branch.

No other amendments or changes to the annuity system were presented to the council for their action, during this time.

Retired Vice-President  
Lawrence G. Hutchins, Sr.

*[signed] Lawrence Hutchins*

On June 4, 2004 Lawrence G Hutchins appeared before me and signed this document.

*[signed] JoAnn Brunelli*

JOANN BRUNELLI  
Notary Public  
Commonwealth of Virginia  
My Commission Exps. Aug. 31, 2005

December 8, 2004

Dear Halline,

I do not recall voting on the amendments to NALC Annuity Trust Fund as referenced in the NALC executive council meeting minutes of May 15, 1985.

Minutes of the NALC executive council meetings were not routinely approved or accepted by a formal procedure while I was a member of the executive council.

Sincerely,

*Lawrence*

Lawrence G. Hutchins

## INFORMATION IN REGARD TO NALC ANNUITY

To Whom It May Concern:

I served on the board of the National Association of Letter Carriers as a National Business Agent, representing the Minneapolis Region #7, from January of 1979, until December of 1994.

In all of that time I never remember any vote, or change being discussed that changed the right of a retiree from the NALC Annuity from covering a new wife of a divorced member of the NALC Annuity.

In all of that time I never received a booklet explaining my rights under the NALC Annuity.

The above represents the truth to the best of my knowledge.

Sincerely

*[signature: Eugene McNulty]*

Eugene McNulty
203 Blue Heron Lane
Wisconsin Rapids, WI. 54494

*Notary Public*
*Annette C Schmidt  May 10, 2004*
*My Comm. Expires*
*12/17/06*

P 0145

*Robert Buntz*
*2623 E Leach Ave*
*Des Moines, IA 50320-2635*

January 19, 2005

Halline Overby
37055 George Mason Dr #8055
Falls Church, VA  22041

    I am writing in response to your question regarding the meeting of April 19, 1985 at the Opryland Hotel in Nashville, TN, which I attended as Director of the NALC Health Benefit Plan. You wanted to know if the NALC trustees voted to change the Annuity Trust Fund to deny the spouse of a retired NALC officer or former NALC employee, if he or she remarried, from receiving survivor benefits. I do not recall any vote taken on that issue at that meeting.
    At the Executive Board meeting held May 15, 1985, I don't recall any vote taken on the issue in question. If there had been, I would have thought there would have been opposition to it as it could have affected any one of us in the future. Page 3 A.T.F. would not support the elimination of survivor benefits to remarried spouses (this is my understanding of the Page 3 A.T.F.)
    I hope I have been of some help to you.

Sincerely,

Robert J. Buntz

RJB/ljo

P 0146

February 13, 2005

To whom it may concern,

I am John J Marco and I served on the National Association of Letters Carries executive board from january 1977 until december 1994 as the National Business Agent of the Northeast Region # 14.

During that period of time there never was a proposal or vote to eliminate survivor benefits in any manner. Had any proposal as such been proposed I would have voted against it. Based on reports given to the NALC Executive Council during that period of time the NALC Annuity Fund was financially sound and at times was over funded to the extent that penalties had to be paid to the Internal Revenue Service. Therefor a reason did not exist to reduce retirement benefits of any kind.

The above statement is true to the best of my knowledge and understanding.

Sincerely,

*John J. Marco*

John J Marco
510 Revere Beach Blvd.
Unit # 1001
Revere, Ma. 02151

P 0147

NOVEMBER 29 2004

TO WHOM IT MAY CONCERN:

I WAS A MEMBER OF THE NALC EXECUTIVE COUNCIL ON MAY 15, 1985 AND WAS PRESENT AT THAT EXECUTIVE COUNCIL MEETING.

I DO NOT REMEMBER VOTING ON ANY AMENDMENTS TO THE NALC ANNUITY TRUST FUND ON MAY 15, 1985.

SINCE THESE AMENDMENTS HAD THE POTENTIAL OF EFFECTING ME PERSONALLY, I BELIEVE I WOULD REMEMBER ANY DISCUSSION OR VOTE.

Paul C. Davis

PAUL C. DAVIS
54 GALEON WAY
HOT SPRINGS, AR 71909

P 0148

WHOM IT MAY CONCERN:

I SERVED ON THE NATIONAL ASSOCIATION OF LETTER CARRIERS EXECUTIVE COUNCIL FROM JANUARY, 1983 THROUGH SEPTEMBER, 1997. I DO NOT RECALL VOTING ON ANY AMENDMENTS TO THE NALC ANNUITY TRUST FUND DURING THAT PERIOD.

*Paul C. Davis*
PAUL C. DAVIS
NATIONAL BUSINESS AGENT
RETIRED

P 0149

12/31/07

TO WHOM IT MAY CONCERN –

I REMEMBER ATTENDING A BOARD OF TRUSTEES MEETING IN NASHVILLE, TN., BUT I DO NOT RECALL THE DATES OF THE MEETING.

I ALSO DO NOT REMEMBER IF THERE WAS ANY DISCUSSION AT THE MEETING TO AMEND THE ANNUITY TRUST FUND.

TO THE BEST OF MY RECOLLECTION, I HAVE NEVER RECEIVED ANY REVISED COPY(S) OF THE ANNUITY TRUST FUND.

LASTLY, I DO NOT RECALL ANY DISCUSSIONS TO AMEND THE ANNUITY TRUST FUND'S SURVIVOR'S ANNUITY, EVER. I DON'T BELIEVE THIS SUBJECT EVER CAME UP FOR DISCUSSION.

THE ABOVE STATEMENT IS TO THE BEST OF MY KNOWLEDGE.

Sincerely,

James H. Sarge, Jr.

P 0151

11/3/03

Mr. Hakime Ouerby
3705 George Mason Dr.
#805 S
Falls Church, VA. 22041

Dear Hakime:

I was a trustee of the NALC from 1979 to March of 1995. I believe I was Chairman of the Board of Trustees for the eight years prior to 1995. From March, 1995 to December, 1999 I was the Assistant Sec. Treas. of the NALC.

During those many years of service I have never seen nor have I ever been presented any booklet, pamphlet or any materials pertaining to survivor benefits. I don't have a clue as to what my wife will be entitled to when I pass on. This statement is to the best of my knowledge. Sincerely,

James H. Lowry, Jr.

P 0152

John W. DiTollo
5925 Victor Circle
Aliquippa, PA 15001

May 29, 2004

Mr. Halline Overby
3705 George Mason Drive, #8055
Falls Church, VA 22041

Dear Halline:

    In connection with our recent telephone conversation concerning the National Association of Letter Carriers Annuity Trust Fund I submit the following. During my term of office (1994-1998) as a Trustee of the National Association of Letter Carriers I do not recall ever discussing or voting on any provision to limit a spousal annuity to the first spouse of an eligible annuitant. It was and continues to be my understanding that regardless of who the annuitant was married to at the time of his/her death the surviving spouse would receive 60% of the annuity being paid to the deceased annuitant.

Sincerely & fraternally,

*[signature: John W. DiTollo]*

John W. DiTollo
Retired Trustee

Notarial Seal
Jacqueline S. Glover, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires September 12, 2006
Member, Pennsylvania Association Of Notaries

*[signature: Jacqueline S. Glover]*
05/29/2004

P 0155

October 31, 2003

Haline Overby
3705 So. George Mason Dr  # 805 So.
Falls Church VA 22041

Dear Chug:

Please excuse the delay in responding in writing, to our most recent phone conversation relative to Trustee Meeting discussions on Annuity Benefit changes.

As I mentioned, during the period I was a Trustee, there were NO changes to the provisions of Article V-Survivors Annuities. Moreover, there was never during the period of my Trustee experience, any specific discussion of anyone in your situation or you personally. My understanding was the provisions of Article 5, as articulated in the A.T.F. Booklet dated 12/31/89 and the Certificate of Participation dated 1/1/91; were applicable to all annuitants during that period of my term as trustee and thereafter as far as I knew.

During the period I served, there were a number of discussions centered on updating the annuity booklet and its availability, as well as what benefits were provided NALC National Officers and making them known. Over-funding of the plan and its consequences also received considerable discussion.

Again, as I told you on the phone, it was only recently, I heard that the booklet I referred to in our conversation was updated in 1999 and again later. That notwithstanding, I was never notified as an active National Officer participating in the plan or as a retired annuitant, of any proposed changes to Article 5; nor was I ever made aware while active or retired of any changes approved by the Board of Trustees affecting Article V or any other provisions of the Annuity Trust Fund.

I hope the above is useful and if I can be of any assistance, please feel free to call on me.

With very best regards to you and Paulette, I am

                         Very truly yours,

                         *Mike O'Connor*

                         Michael J. O'Connor

P 0156



# NALC *Branch 1100*
## National Association of Letter Carriers

**President**
Charlie Miller

**Executive
Vice President**
John W. Wellen

**Senior Vice President**
John Jackson

**Director, Safety &
Injury Compensation**
William Heintz

**Director, City Delivery**
Kirk Baiz

**Executive Secretary-
Health Benefits
Representative**
Bonnie Lippincott

**Treasurer**
Barbara Stickler

**First Vice President**
Kevin McMillan

**Second Vice President**
David de la O

**Third Vice President**
James Henry

**Fourth Vice President**
Chris Jackson

July 15, 2003

Mr. Halline Overby
3705 George Mason Dr., 805-S
Falls Church, VA 22041

Dear Brother Overby,

  It was a real pleasure speaking with you last week. For many years Branch 1100 and Letter Carriers across the country have benefited from your council and support.

  I have looked through my personal files and am certain that the NALC has never been sent me a booklet or other material outlining the procedures, obligations or benefits of the NALC Annuity Plan. I do receive a yearly statement outlining the general financial condition of the plan.

  I pray that this information will be of some assistance to you. Please call on me if I can be of any other assistance or support.

Sincerely,

Charles Miller
President, Branch 1100
NALC, AFL-CIO

P 0157



13252 Garden Grove Blvd. Suite 100, Garden Grove, CA 92843-2204
(714)748-1100 FAX (714)750-2365  http://www.nalcbranch1100.org



# NALC *Branch 1100*
## National Association of Letter Carriers

July 15, 2003

**President**
Charlie Miller

**Executive Vice President**
John W. Wellen

**Senior Vice President**
John Jackson

**Director, Safety & Injury Compensation**
William Heintz

**Director, City Delivery**
Kirk Baiz

**Executive Secretary- Health Benefits Representative**
Bonnie Lippincott

**Treasurer**
Barbara Stickler

**First Vice President**
Kevin McMillan

**Second Vice President**
David de la O

**Third Vice President**
James Henry

**Fourth Vice President**
Chris Jackson

Mr Halline "Chug" Overby
3705 George Mason Dr., 805-S
Falls Church, VA 22041

RE: Retirement

Dear Chug:

It has come to my attention that you are seeking some information concerning the NALC Annuity Plan. Brother Overby, I am willing to assist you in any way possible in your endeavor. This is the least I can do for someone who has supported Branch 1100 during our formation and existence.

The NALC Annuity Plan has only sent me a yearly statement outlining the general financial condition of the plan. I had never received a copy of the Annuity Trust Fund booklet with the most current rules and regulations until I requested a copy because I am retiring in the near future.

I hope this information will be of some assistance to you. I hope and pray that your health will allow you to enjoy your fruits of your labor. Please call on me if I can be of any other assistance or support.

Fraternally,

William Heintz
Director, Safety and Injury Compensation

P 0158



13252 Garden Grove Blvd. Suite 100, Garden Grove, CA 92843-2204
(714)748-1100  FAX (714)750-2365  http://www.nalcbranch1100.org



December 10, 2004

Halline Overby
3705 S. George Mason Drive
Apartment 805 South
Falls Church, VA 22041

Dear Chug:

In response to your inquiry on the NALC Annuity Trust Fund and the meeting in Nashville, Tennessee on April 19, 1985, I do not recall any discussion or vote on the Annuity Trust Fund.

I have reviewed the documents you sent me regarding the Executive Council meeting held in Washington D.C. on May 14-16, 1985, but I do not recall any vote that had to do with the NALC Annuity Trust Fund or the documents you sent me.

I hope this is of value to you.

Sincerely,

*James E. Worsham*

James E. Worsham
1430 Joyce Drive
Floosmoor, IL 60422

jew/

(Member, Board of Trustees; President of the NALC Branch 11, Chicago; and retired Director of Retired Members, NALC)

P 0150

December 8, 2004

To Whom It May Concern:

I have reviewed the minutes of the Trustees meeting of the National Association of Letter Carriers held on April 19, 1985 in Nashville, Tennessee.

I do recall that it was a dinner on the night of April 19, 1985 and a meeting was held the next day in which finances were discussed. To my knowledge, there was no vote taken in Nashville, Tennessee on the NALC Annuity Trust Fund.

During the Executive Council meeting in Washington, D. C. of May 14-16, 1985, there was definitely no vote taken on the Annuity Trust Fund.

This is a true recollection as Chairman of the Board of Trustees in 1985.

Sincerely,

George N. Davis

gnd/

July 1, 2004

To Whom It May Concern:

I hereby certify that I, George N. Davis, Jr. was a member of the Executive Board of the National Association of Letter Carriers from 1978 to 1994. I held the position of Trustee and became Chairman of the Board of Trustees in 1980 and served in that capacity until 1986 when I was elected Director of Safety and Health. I was Director of Safety and Health until 1994 when I retired under the NALC Annuity Trust Fund (ATF).

During that period, the Board of Trustees never discussed any provisions of the NALC Annuity Trust Fund. The Executive Board did discuss two items regarding <u>Vincent Sombrotto</u>, President and <u>Richard O'Connell</u>, Secretary-Treasurer. Vince was allowed to add the years as President of Branch 36 for use as creditable service under the NALC Annuity Trust Fund. Richard O'Connell, who had retired and was receiving a pension from the NALC Annuity Trust Fund was allowed to be reinstated in the ATF with his future service to be used toward his entitlement.

This is the true account of my service.

*[signature: George N. Davis]*

Notary exp. 5-10-07
*[signature: Bowman]* 6-29-04