## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COLUMBIA

HALLINE and PAULETTE M. OVERBY, )
 )
       Plaintiffs, )
 vs. )
 )
NATIONAL ASSOCIATION OF LETTER )  Case No. 06 CV-1356 (RMC)
CARRIERS, NATIONAL ASSOCIATION )
OF LETTER CARRIERS ANNUITY )
TRUST FUND, WILLIAM H. YOUNG, and )
BOARD OF TRUSTEES of the NATIONAL )
ASSOCIATION OF LETTER CARRIERS )
ANNUITY TRUST FUND, )
 )
       Defendants. )
_____ )

## PLAINTIFFS' EXHIBIT LIST

   Plaintiffs hereby submit the following list of exhibits which may be used in the trial of the above captioned matter.

### VOLUME I

**Exh. No.**   **Description**

1.  Annuity Trust Fund Plan description, as amended through December 16, 1981. P 79-93.

2.  March 7, 1985 letter from outside counsel Jani Rachelson attaching December 10, 1984 ATF trustees' meeting minutes. NALC 675-677.

3.  March 13, 1985 letter from Ms. Rachelson attaching revised draft of December 10, 1984 minutes. NALC 685-87.

4.  Ms. Rachelson's handwritten notes from April 19, 1985 ATF trustees' meeting. NALC 633-36.

5.  May 8, 1985 letter and attachment from Ms. Rachelson to Actuary Tamsin

Milton attaching draft of three amendments from April 19, 1985 ATF meeting. NALC 662-64.

6.     May 13, 1985 letter and attachment from Ms. Rachelson to NALC President and Plan Administrator Vincent Sombrotto identifying three amendments adopted at April 19, 1985 trustees' meeting. NALC 678-84.

7.     June 12, 1985 letter from Ms. Rachelson to Mr. Sombrotto attaching April 19, 1985 ATF meeting minutes. NALC 692-98.

8.     Minutes of the April 19, 1985 ATF Trustees meeting.  P 323-33.

9.     Ms. Rachelson's handwritten notes taken on May 15, 1985. NALC 688-91.

10.    May 15-16, 1985 Executive Council meeting minutes. NALC 675-84.

11.    June 17, 1985 letter from outside actuary Watson Wyatt to outside counsel Cohen Weiss with information about the REA and resolution including amendment to survivor's annuity provision.  NALC 197-214.

12.    December 20, 1985 letter from Ms. Rachelson attaching December 5, 1985 ATF meeting minutes (NALC 699-710) and January 3, 1986 letter attaching revised draft of December 5, 1985 ATF minutes. NALC 711-23; Ms. Rachelson's notes of December 4, 1985 meeting. NALC 637-41.

13.    Sample Form 5500 for 1984 (for Hilton Hotels Corp.) and Form 5500 for 1985 for NALC's Health Benefit Plan.

14.    Dec. 5, 1989 letter from outside actuary Watson Wyatt to outside counsel Cohen Weiss with draft of Plan restatement.  NALC 172-96.

15.    ATF Certificate of Participation summarizing plan provisions as of January 1, 1990.  NALC 48-51.

16.    ATF Plan description, as amended through December 31, 1989. NALC 24-47.

17.    Draft cover letters and cover memos for 1990 distribution of Certificate of Participation and Plan description.  NALC 130, 166-71.

2

18.    July 2, 1990 distribution memo for Certificate of Participation and Annuity Trust Fund brochure, summarizing changes made "since 1983." NALC 164-65.

19.    Mr. Overby's Oct. 22, 1990 "NALC Annuity Trust Fund/ Application for Retirement or Survivor Annuity" with Instructions for "Eligibility for Survivor Annuity" and Oct. 17, 1990 cover letter. NALC 103-5.

20.    Dec. 18, 1990 letter from Karl Sennewald with computation of Mr. Overby's retirement benefit, including computation of the survivor annuity of $1,762. P 25-35.

21.    October 4, 1991 letter from Mr. Overby's divorce attorney, P200-2; October 11, 1991 letter to Mr. Overby from his divorce attorney. P 198-99.

22.    Feb. 28, 1992 letter from OPM to Mr. Overby approving application for a survivor annuity benefit "for a spouse you married after retirement," P 191; June 26, 1991 letter to OPM from Mr. Overby. P 192.

23.    Form 5500 for 1990, signed by Mr. Sombrotto on Dec. 18, 1991, with Schedule B signed by Tamson Milton on 12/13/1991 stating that "If any participant...or pensioner dies with 5 or more years of service, his surviving spouse is paid an annuity equal to 60% of that being paid to the pensioner." NALC 415-441.

24.    Beneficiary update form submitted by Mr. Overby in June 1999 in response to Meryl Solimini-Beck's request to confirm or update information on file for participant. NALC 101.

25.    4/20/2000 fax from Meryl Solimini-Beck re survivor benefits for spouse of Edward Downs. NALC 1140.

26.    ATF Summary Plan Description as of December 31, 1999. P 117-126.

27.    ATF Rules and Regulations as of December 31, 1999. P 127-42.

28.    March 1, 2001 cover letters for distribution of 1999 SPD and Rules and Regulations and March 1, 2001 cover letter for SMM advising participants of change in hours of service counted for sickness or disability. P 58-59.

3

29.  Social Security Administration master death index record for Sally J. Queen showing 5/13/2001 date of death.

30.  Feb. 7, 2003 letter from William Young to Mr. Overby denying Mrs. Overby's eligibility for a survivor annuity. NALC 111-12.

31.  March 29, 2003 appeal letter from Mr. Overby. P 4-5.

32.  Minutes of April 23, 2003 trustees meeting with November 25, 2003 letter from Mr. Young. P 21 - 23.

33.  May 7, 2003 letter from Mr. Young in response to Mr. Overby's appeal. P 6 - 7.

34.  July 2003 to February 2005 letters from former trustees James Worsham, James Souza and George Davis and former Executive Council members Robert Buntz, Michael O'Connor, John DiTollo, Lawrence Hutchins, Eugene McNulty, John Marco, Paul Davis, Charles Miller, William Heintz. P 143-158.

35.  October 19, 2004 letter from Rick LaFollette to George Davis denying Mrs. Davis's eligibility for a survivor's benefit. P 189.

36.  Nov. 2004 - Jan. 2005 correspondence between Bill Young and Leonard Driscoll denying Mrs. Driscoll's eligibility for survivor's benefit. P183-88, 190.

37.  Joseph Bedor's 2007 Application for Retirement or Survivor Annuity, Form ATF 13 4/82 with Instructions. NALC 846-47.

## VOLUME II

**Exh. No.**    **Description**

38.  Complaint filed 8/1/2006.

39.  Answer filed 10/13/2006.

40.  Joint Rule 26(f) and LCVR 16.3 Report filed 11/20/2006.

4

41.    Plaintiffs' First Requests for Production of Documents served April 21, 2007 with various responses from Defendants.

42.    Defendants' May 10, 2007 Privilege Log.

43.    Defendants' Responses to Plaintiffs' Second Requests for Production of Documents served December 21, 2007.

44.    Defendants' Responses to Plaintiffs' Third Requests for Production of Documents served April 2, 2008.

45.    Defendants' Responses to Plaintiffs' Requests for Admissions served April 2, 2008.

46.    Defendants' Answers to Plaintiffs' Interrogatories served April 17, 2008.

**Deposition Extracts**

47.    Deposition of Karl Sennewald taken April 30, 2007.

p. 58, line 4 - p. 59, line 12.
p. 65, line 4 - p. 67, line 6.
p. 72, line 10 - p. 73, line 21.

48.    Deposition of Halline Overby taken May 1, 2007.

p. 48, line 20 - p. 50 , line 9.

49.    Deposition of George Davis taken May 30, 2007.

p. 20, line 9 - p. 21, line 17.
p. 39, line 20 - p. 45, line 9.
p. 66, line 4 - p. 69, line 17.
p. 79, line 17 - p. 83, line 17.
p. 83, line 8 - p. 85, line 12.

50.    Deposition of James Worsham taken June 7, 2007.

p. 32, line 2 - p. 34, line 22.
p. 55, line 19 - p. 56, line 19.

5

51.     Deposition of Jani Rachelson taken March 11, 2008

p. 38, line 17 - p. 40, line 8.
p. 51, lines 2-11.
p. 75, line 1 - p. 77, line 3.
p. 86, lines 3-22.
p. 88, line 19 - p. 92, line 16.
p. 122, line 8 - p.123, line 12.

52.     Deposition of Paulette Overby taken March 14, 2008.

p. 31, line 7 - p. 32, line 11.

53.     Deposition of Rick LaFollette taken March 14, 2008.

p. 43, line 4 - p. 50, line 22.
p. 94, line 9 - 96, line 2.
p. 141, line 4 - p. 158, line 10.

54.     Deposition of Vincent Sombrotto taken April 3, 2008.

p. 61, line 24 - p. 64, line 11
p. 170, line 22 - p. 172, line 14.

55.     Deposition of Bill Young taken April 7, 2008.

p. 40, line 19 - p. 46, line 17.
p. 51, line 22 - p. 52, line 19
p. 58, line 6 - p. 61, line 12.
p. 69, line 4 - p. 70, line 22.

Dated May 9, 2008

Respectfully submitted,

    /s/ Stephen R. Bruce
Stephen R. Bruce (D.C. Bar No. 289066)
Allison C. Caalim (D.C. Bar. No.494372)
805 15th St., NW, Suite 210
Washington, D.C. 20005

6

Telephone: (202) 371-8013
Facsimile: (202) 371-0121

Attorney for Plaintiffs