UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-CV-1356 (RMC/JMF) |
| **NATIONAL ASSOCIATION OF** | ) | |
| **LETTER CARRIERS**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' EXHIBIT LIST**

Defendants National Association of Letter Carriers ("NALC"), National Association of Letter Carriers Annuity Trust Fund ("Fund" or "Plan"), William H. Young ("Mr. Young") and Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund ("Board"), collectively "Defendants," by and through the undersigned counsel, hereby indicate that they, or each of them, may offer the following exhibits as evidence at trial, exclusive of Plaintiffs' exhibits and exhibits to be offered for rebuttal and/or impeachment purposes:

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 101. | NALC Annuity Trust Fund Plan Rules and Regulations 1981 | P0079-P0093 |
| 102. | Minutes of NALC Annuity Trust Fund Meeting April 19, 1985 | P0323-P0331 |
| 103. | J. Rachelson notes of April 19, 1985 meeting | NALC0633-NALC0636 |
| 104. | Minutes of NALC Annuity Trust Fund Meeting April 19, 1985 with attachments | NALC0692-NALC0698 |
| 105. | Minutes of NALC Executive Council Meeting May 14-16, 1985 | NALC0118-NALC0124 |
| 106. | J. Rachelson notes of May 15, 1985 meeting | NALC0688-NALC0691 |
| 107. | Minutes of NALC Executive Council Meeting May 14-16, 1985 with attachments | NALC0675-NALC0684 |
| 108. | Minutes of NALC Annuity Trust Fund Meeting December 5, 1985 | NALC0700-NALC0710 |

11004713.2

| 109. | J. Rachelson notes of December 4, 1985 meeting | NALC0637-NALC0641 |
| 110. | NALC Annuity Trust Fund Plan Rules and Regulations 1989 | NALC0024-NALC0047 |
| 111. | NALC Summary Plan Description | P0117-P0126 |
| 112. | Letter from K. Sennewald to H. Overby enclosing retirement papers. | P0025-P0035 |
| 113. | February 7, 2003 letter to Overby from Young | NALC0111-NALC0112 |
| 114. | March 29, 2003 letter from Overby to Young | P0004-P0005 |
| 115. | May 7, 2003 letter to Overby from Young | P0006-P0007 |
| 116. | November 25, 2003 letter to Overby from Young | P0021-P0023 |
| 117. | June 26, 1991 letter to U.S. Personnel Management from Overby | P 0192 |
| 118. | October 11, 1991 Letter to Overby from J. Nelson | P 0198-P0199 |
| 119. | Virginia Divorce Proceeding File | |
| 119a. | Bill of Complaint and Overby Affidavit | |
| 119b. | Publication | |
| 119c. | Certificate of Compliance | |
| 119d. | Report to the Commissioner | |
| 119e. | Reference Decree | |
| 119f. | Proceedings | |
| 119g. | Final Decree of Divorce | |
| 120. | Overby Marriage Certificate | P00057 |
| 121. | California Divorce Proceeding File | |
| 121a. | Docket Sheet | |
| 121b. | Judgment | |
| 121c. | Petition for Dissolution of Marriage | |
| 121d. | Proceedings | |

Dated: May 9, 2008

Respectfully submitted,

NIXON PEABODY, LLP

   /s/ John C. Hayes Jr.
John C. Hayes, Jr. (DCB No. 183582)
Emily K. Hargrove (DCB No. 482906)
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)

*Counsel for Defendants*