# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | )Civil Action No. 06-CV-1356 (RMC/JMF) |
| **NATIONAL ASSOCIATION OF** | ) |
| **LETTER CARRIERS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, Memorandum of

Points in Support thereof and any Opposition and Reply thereto, it is, this ___ day of

_____, 2008, hereby

**ORDERED**, that the Motion be granted.


_____
Judge Rosemary M. Collyer

COPIES TO:

John C. Hayes, Jr.
Emily K. Hargrove
**NIXON PEABODY LLP**
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Stephen R. Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C.  20005

11007578.1