FILED UNDER SEAL WITH CLERK'S OFFICE

# Exhibit 4

Halline and Paulette Overby
v.
National Association of Letter Carriers, *et al.*

Civil Action No. 06-CV-1356 (RMC/JMF)