# Exhibit 5

Halline and Paulette Overby
v.
National Association of Letter Carriers, *et al.*

Civil Action No. 06-CV-1356 (RMC/JMF)



NALC
Annuity Trust Fund
Summary Plan Description

(14)



TO: Officers, Employees and Annuitants of the NALC and Its related Entities

We are pleased to provide you with this updated booklet describing the benefits of the NALC Annuity Trust Fund. This Summary Plan Description replaces the plan description dated December 31, 1989.

Please keep this booklet in a convenient place so that you can refer to it when necessary. We urge you and your family to become familiar with the features of this important retirement benefit. The Summary Plan Description is designed to summarize the important features of the plan in non-technical, plain language terms. In the event the booklet does not answer your specific questions regarding annuity benefits, please feel free to contact us or the Plan's Assistant Administrator.

Vincent R. Sombrotto
President and
Administrator, NALC Annuity Trust Fund

Lawrence D. Brown, Jr., Chairman
Board of Trustees

Daniel T. Rupp
Trustee

Randall L. Keller
Trustee

# The National Association of Letter Carriers Annuity Trust Fund

## Plan Features

### *Eligibility*

You are eligible to participate in the NALC Annuity Trust Fund (the "Plan") if you are an employee of the National Association of Letter Carriers, the United States Letter Carriers Mutual Benefit Association, the NALC Health Benefit Plan or an affiliate of NALC that has been admitted for participation in the Plan.

You are also eligible to participate in the Plan if you are a full-time officer of an affiliate of NALC that has been admitted for participation in the Plan, or one of the following officers of the NALC: President, Executive Vice President, Vice President, Secretary-Treasurer, Assistant Secretary-Treasurer, Director of City Delivery, Director of Safety and Health, National Business Agents, Regional Administrative Assistants, Director of Mutual Benefit Association, Director of Health Benefit Plan, Director of Retired Members and members of the Board of Trustees of NALC.

You become a participant in the Plan once you complete 1,000 Hours of Service during the first year following employment or installation, or during any fiscal year (July 1- June 30) following employment or installation. Your participation will date from the first day of the year or fiscal year in which you first complete 1,000 Hours of Service.

If you are an employee or a full-time officer of an affiliate of NALC that has been admitted for participation in the Plan, you become a participant in the Plan once you complete 1,000 Hours of Service during the first year following the effective day of participation in the Fund by the affiliate, or during any fiscal year (July 1-June 30) following such effective date. Your participation will date from the first day of the year or fiscal year in which you first complete 1,000 Hours of Service after the affiliate's participation date.

### *Counting Your Service*

Your eligibility to participate in the Plan and the amount of your Annuity under the Plan are based on your service. Your service is calculated using two different measures: Hours of Service and Creditable Service.

*Hours of Service* – Your Hours of Service determine your eligibility to participate in the Plan and your Creditable Service. Under the Plan, each hour you are paid for the performance of duties or entitled to be paid for reasons other than the performance of duties is considered an Hour of Service. This includes time you are on sick

leave, disability, jury duty, vacation or layoff. However, you will not be credited with more than 501 Hours of Service for any one continuous period of sickness or disability. If you are not actively at work but are entitled to be paid, your Hours of Service will be based on your previous customary workweek.

You will also be credited with Hours of Service while on an approved leave of absence without pay if your employer contributes to the Plan during your leave of absence, and while on leave for Military Duty.

*Creditable Service* – Your Creditable Service determines your eligibility to receive an Annuity and the amount of the Annuity. Your Creditable Service for a fiscal year (July 1 – June 30), will be the greater of (1) one full year of Creditable Service if you complete at least 1,000 Hours of Service, or (2) one month of Creditable Service for each 30 days you are employed and are being credited with Hours of Service.

Creditable Service does not include time you were employed by the United States Postal Service or time before contributions were made on your behalf.

### *Contributions*

Contributions are made to the Plan by your employer. Contributions are actuarially determined and approved by the Board of Trustees and the NALC Executive Council.

## When You Qualify for an Annuity

Your eligibility for an Annuity is determined by your age and Creditable Service when you terminate employment. In addition, you may be eligible for an Annuity if you become disabled or terminate employment before you are eligible to retire.

### *Normal Retirement*

You are eligible for Normal Retirement when you reach age 62 with five years of Creditable Service, or age 67 regardless of service.

### *Early Retirement*

You may retire before Normal Retirement if you satisfy the following Early Retirement eligibility requirements:

A) You complete at least 20 years of Creditable Service and are age 55 or older, or

B) You complete at least 15 years of Creditable Service and are age 60 or older

Under certain circumstances, prior service as an employee of the Postal Service may be added to Creditable Service for determining Early Retirement eligibility. Up to 15 years of prior Postal Service employment may be added to determine eligibility for Option A, and up to 10 years may be added to determine eligibility

for Option B. However, such prior service will not be counted in calculating the amount of your Annuity.

### *Late Retirement*

If you continue working past Normal Retirement, you will continue to accrue Creditable Service and earn benefits under the terms of the plan. If you are still working when you reach age 70½, you must begin to receive benefits, whether or not you continue to work. Payments will automatically begin no later than April 1 of the year following the year you reach age 70½.

### *Discontinued Service Retirement*

If your employment is involuntarily terminated, for reasons other than disability or for misconduct, and you have completed 10 years of Creditable Service and reached age 50, you are eligible for Discontinued Service Retirement. The Discontinued Service Retirement is not available if you resign for any reason.

Under certain circumstances, up to five years of prior service as an employee of the Postal Service may be added to Creditable Service for determining eligibility for Discontinued Service Retirement. However, such prior service will not be counted in calculating the amount of your Annuity.

### *Disability Retirement*

If you become disabled while you are employed, and you are unable to perform the functions of your position due to physical or mental impairment which can be expected to continue for at least a year, you are eligible for Disability Retirement if you have completed at least five years of Creditable Service. The Board of Trustees must approve any Disability Retirement based on medical evidence, including a report by a physician designated by the Trustees.

If you receive Disability Retirement benefits, your eligibility for continued benefits is subject to periodic review by the Board of Trustees until you are age 60. If a review is conducted, you will be asked to submit information and undergo a medical examination. Benefits will be suspended if the Board of Trustees determines you have recovered from your disability, or if you fail to provide the requested information or to undergo the examination.

### *Deferred Retirement - If You Terminate Employment Before Retirement*

Once you complete five years of Creditable Service, you have a right to an Annuity even if you are no longer employed by NALC or an affiliate that has been admitted for participation in the Plan. When you reach age 62, if you have not become eligible for any other type of retirement under the Plan, you are eligible to receive an Annuity from the Plan.

If your years of Creditable Service qualify you for Early Retirement, but you do not meet the age requirement at the time you terminate employment, you can elect

to begin receiving your Annuity at any time after you reach the qualifying age (age 55 with 20 years of service or age 60 with 15 years of service). However, your Annuity will be reduced by 0.5% for each of the first 60 months by which the Annuity commencement precedes age 62 and by 0.4% for each additional month. Alternatively, you may elect to wait until age 62 and receive the full amount of your Annuity.

### *Annuity*

Your Annuity is the annual amount of your retirement benefit, which is payable to you in equal monthly installments for the rest of your life.

### *Annuity Commencement Date*

Your Annuity payments commence as of the first day of the calendar month following termination of employment (which is your last day of work, or, if later, your last day of paid vacation and/or sick leave).

## How Your Annuity is Calculated

Your Annuity is calculated based on your Creditable Service and your High-Three-Year Average Pay. The maximum amount of your Annuity is 80% of your High-Three-Year Average Pay. The amount of your Annuity is calculated as follows:

| Amount of Annuity | | |
|---|---|---|
| Your High-Three-Year Average Pay | x | 4% for each of the first 10 years of Creditable Service + 2% for each of the next 15 years of Creditable Service + 1% for each of the next 10 years of Creditable Service |

### *High-Three-Year Average Pay*

Your High-Three-Year Average Pay is determined by averaging your rates of Basic Pay over any 36 consecutive months of Creditable Service, with each rate weighted by the time it was in effect. Your Basic Pay is the regular pay rate officially fixed for your position, not including overtime, bonuses, travel or cost of living allowances. After June 30, 1989 and prior to July 1, 1994, Basic Pay above $200,000 is not reflected in High-Three-Year Average Pay. After June 30, 1994, Basic Pay above $150,000 is not reflected in High-Three-Year Average Pay.

### *Example*

Assume that you retire at age 62 with 28 years of Creditable Service and your High-Three-Year Average Pay is $50,000. You are eligible for an Annuity

commencing as of the first day of the calendar month following the later of your last day of work or the last day of your paid vacation and/or sick leave. The amount of your Annuity is calculated as follows:

| Amount of Annuity | | |
|---|---|---|
| $50,000 | x | 4% x 10 + 2% x 15 + 1% x 3 |
| $50,000 | x | 73% |
| | $36,500 | |
| Monthly Benefit Starting at Age 62 | | |
| ($36,500 ÷ 12, rounded to next dollar) | $ 3,042 | |

## How Your Annuity is Calculated if You Elect to Begin Deferred Retirement Payments Before Age 62

Assume that you voluntarily terminate employment at age 45 with 21 years of Creditable Service. You are eligible for a Deferred Retirement Annuity starting at age 62. However, since your 21 years of Creditable Service would have qualified you for Early Retirement if you had worked until the qualifying age of 55, you can elect to start receiving your Annuity at any time after you reach age 55, but in a reduced amount.

If you elect to start receiving your Annuity at age 56 and the Annuity that you would receive starting at age 62 is $25,000 per year, the amount of the Annuity starting at age 56 will be calculated as follows:

| | |
|---|---|
| Annuity Starting at Age 62 | $ 25,000 |
| *Reduction Factor for Commencement of Annuity at Age 56 (72 months early)* | |
| (60 x 0.5% + 12 x 0.4%) | 0.348 |
| *Amount of Reduction* | |
| ($25,000 x .348) | $ 8,700 |
| *Annuity Starting at Age 56* | |
| ($25,000 - $8,700) | $ 16,300 |
| *Monthly Benefit Starting at Age 56* | |
| ($16,300 ÷ 12, rounded to next dollar) | $ 1,359 |

## How Your Annuity is Paid

When you retire, you will receive equal monthly installments for the rest of your life. However, if the total lump sum value of your Annuity is $3,500 or less, you will receive your entire benefit in a lump sum.

## Benefits After Your Death

### *Benefit to Spouse*

In the event of your death, your spouse is eligible to receive a monthly benefit from the Plan if you have completed five years of Creditable Service, have reached age 67 or are currently receiving an Annuity. The benefit to your spouse will start on the first day of the month following your death and will stop at the end of the month in which your spouse dies.

| *If you die while:* | *Benefit to Spouse* |
|---|---|
| • Still employed | 60% of the Annuity you had earned at time of death |
| • Receiving an Annuity * | 60% of your Annuity at time of death |
| • No longer employed and not receiving an Annuity, but with 5 years of Creditable Service | 60% of the Annuity you were entitled to receive at age 62 |

* Note: To be eligible for a benefit, your spouse must be married to you for at least a year prior to the date your Annuity commenced (or, if less than a year before the Annuity commenced, at least a year as of the date of death) or must be the parent of a child or children from that marriage.

### *Benefits to Your Child(ren)*

In the event of your death, your child(ren) are eligible to receive a monthly benefit from the Plan if you have completed five years of Creditable Service or are currently receiving an Annuity. The benefit to your child will start on the first day of the month following your death and will stop at the end of the month in which your child reaches age 18 (unless the child is incapable of self-support because of a disability incurred before age 18), marries or dies.

To qualify for a benefit and be counted as a child, your child must be:

(a) single and under age 18, including a legally adopted child, stepchild* or recognized natural child who lived with you at the time of your death in a regular parent-child relationship; or

(b) single and incapable of self-support because of a disability incurred before age 18.

| *If you die while:* | *If you have Three Children or Less* | *If you have More Than Three Children* |
|---|---|---|
| • Still employed and are survived by | | |
| ◆ Spouse and child(ren) | $1,000 per child per year | $3,000 per year divided among children |
| ◆ Child(ren) | $1,200 per child per year | $3,600 per year divided among children |
| • Receiving an Annuity and | | |
| ◆ Are survived by a spouse eligible for a benefit and by child(ren)* | $1,000 per child per year | $3,000 per year divided among children |
| ◆ Are not survived by a spouse eligible for benefits but are survived by child(ren)* | $1,200 per child per year | $3,600 per year divided among children |

* excluding stepchildren acquired after retirement

## Provisions Applicable to Certain Participants

### *Employees Who Retired or Terminated Employment Before December 16, 1981*

If you retired or otherwise terminated employment before December 16, 1981, your benefits are governed by the provisions of the plan in effect on that date and are not affected by any changes made to the plan after that date, except as expressly provided.

### *Employees Who Contributed to the Prior Plan*

If you made contributions under the provisions of the prior plan and terminate employment with less than five years of Creditable Service, your contributions will be returned to you with interest. If you terminate employment with five or more years of Creditable Service but before qualifying for an immediate benefit, your contributions will not be refunded. However, you will be eligible for Deferred Retirement.

If you die while employed by NALC or an affiliate that has been admitted for participation in the Plan, or after termination of employment but before starting to receive the Deferred Retirement Annuity, and leave no survivors eligible for a benefit, your contributions will be paid with interest to the designated beneficiary or estate.

In the event the benefits paid to you and/or your survivors stop before exhausting the sum of your contributions plus interest to date of retirement, the balance of your contributions plus interest will be paid to your designated beneficiary or estate. Interest on your contributions will be credited at the rate of 2½% per year compounded monthly for periods prior to June 30, 1976, 5% per year compounded annually thereafter until June 30, 1988, and 120% of the Federal mid-term rate compounded annually thereafter.

### *Repayment of Refunds*

If you made contributions under the provisions of the prior plan, terminated employment and received a refund of your contributions, your prior Creditable Service will be counted to determine retirement eligibility upon reemployment. However, prior Creditable Service will not count toward determining the amount of your Annuity upon reemployment unless you repay the refund plus interest.

### *Supplementary Insurance*

Employees who were employed and were participants in the prior plan on February 28, 1975, and who completed two years of Creditable Service are entitled to a $2,000 insurance policy paid by the Plan.

### *Amendment and Termination*

The Plan may be amended at any time by action of the Board of Trustees, subject to the approval of the NALC Executive Council. No amendment, however, may be adopted that reduces vested rights under the Plan.

Although the Plan was established with the expectation that it would continue indefinitely, the NALC Executive Council has the right to discontinue the Plan by terminating it. If the Plan is terminated, you will automatically become 100% vested in the benefit earned as of the Plan's termination date, regardless of length of Creditable Service.

In the event of termination, whether all or part of the Plan benefit is eventually paid depends on whether there are sufficient assets in the fund and whether the benefit is insured by the Pension Benefit Guaranty Corporation, the federal government agency responsible for providing pension insurance.

### *Authority of Administrator*

The Administrator shall have the exclusive power to interpret and construe this Plan, to determine all questions of eligibility and the status of rights and benefits of Participants and beneficiaries hereunder, including, but not limited to, the power to determine questions of fact relating to eligibility, credited service and similar or related matters for the purpose of administering the Plan. All such determinations and interpretations made by the Administrator shall be final and binding upon all of the Participants and all individuals claiming benefits hereunder, and shall be given deference in all courts of law to the greatest extent allowed by applicable law and shall not be overturned or set aside by any court of law unless found to be arbitrary and capricious or made in bad faith.

## Other Important Information About the Plan

### *Application for Benefits and Review Procedure*

To receive benefits from the Plan, an application must be submitted on a form available from the Plan's Assistant Administrator. The applicant will receive written notice concerning approval or denial of the application, including specific reasons for any denial.

A participant, former participant or survivor may request that the Board of Trustees review any adverse action or decision affecting his or her rights under the Plan. A request for review must be made within six months after the adverse action or decision, although the Trustees may agree to consider a request for review after that time for good cause. A request for review must be sent in writing to the Chairman of the Board of Trustees, NALC Annuity Trust Fund, and set forth the date and nature of the action being appealed, the reasons why review is requested, and any comments or arguments in support of the request. A written decision shall be provided to the applicant. Where the appeal is denied in whole or in part, the notice will contain the specific reason(s) for the decision and references to the pertinent provisions of the Plan. Appeal decisions will be rendered within 60 days, or in special circumstances, 120 days.

### *Suspension of Benefits*

If you are receiving an Annuity under the Plan and are reemployed by NALC or an affiliate that has been admitted for participation in the Plan, all or part of your Annuity will be suspended during any month in which you work at least 40 hours.

If you have not reached age 62, the full Annuity will be suspended. If you are age 62 or older when you are reemployed, only the portion of the Annuity related to employer contributions will be suspended during any month in which you work at least 40 hours.

When you retire again, your Annuity will be redetermined to include your Creditable Service and High-Three-Year Average Pay before your initial period of retirement and during the period you were reemployed.

### *Special Vesting Provision*

Federal law requires that if the Plan becomes "top heavy", a more liberal vesting schedule would apply to all or part of your benefit.

In very general terms, the Plan would become top heavy if the value of the benefits earned by "key employees" under the Plan is more than 60% of the value of benefits earned by all employees. This is a very unlikely occurrence, but should the Plan become top heavy, any resulting Plan changes will be communicated to you at that time.

### *Non-Alienation of Benefits and Qualified Domestic Relations Orders*

In accordance with ERISA, the Plan specifically prohibits assignment of, or borrowing against, any plan benefits. However, under the Retirement Equity Act, the Plan must honor qualified domestic relations orders (QDROs) requiring benefit

payments to former spouses or alternate payees. These court orders must meet certain requirements mandated by the Internal Revenue Service for QDROs before any payments may be made. A copy of the Plan's procedures covering QDROs may be obtained from the Assistant Administrator.

### *Financing and Administration of the Plan*

The Plan is a defined benefit plan. The plan is financed by actuarially determined contributions made by NALC and the affiliates that have been admitted for participation in the Plan, and by income earned from Plan investments. The assets of the Plan are held in trust.

The Plan is administered by a Plan Administrator and a Board of Trustees. A three-member Board of Trustees is composed of three officers who serve as the NALC Trustees. The President of the NALC acts as Administrator of the Plan. The Plan Administrator appoints an Assistant Administrator to assist in the day to day operations of the Plan.

### *Bargaining Agreements*

The Plan is maintained under one or more collective bargaining agreements between the NALC or other NALC employers and the Office and Professional Employees International Union, AFL-CIO, the International Union of Operating Engineers, and/or the Service Employees International Union, in that some participants in the Plan are employees who are covered by collective bargaining agreements. A copy of such agreements may be obtained upon written request to the Plan Administrator and are available for examination at the offices of NALC or affiliates that have been admitted for participation in the Plan.

### *PBGC*

Benefits under the Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) if the Plan terminates. Generally, the PBGC guarantees most vested normal age retirement benefits, early retirement benefits, and certain disability and survivor's pensions. However, PBGC does not guarantee all types of benefits under covered plans, and the amount of benefit protection is subject to certain limitations.

The PBGC guarantees vested benefits at the level in effect on the date of the plan termination. However, if a plan has been in effect less than five years before it terminates, or if benefits have been increased within the five years before plan termination, the whole amount of the plan's vested benefits or the benefit increase may not be guaranteed. In addition, there is a ceiling on the amount of monthly benefit that PBGC guarantees, which is adjusted periodically.

For more information on the PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to:

Office of Communications
PBGC
1200 K Street, NW
Washington, D.C. 20005

The PBGC Office of Communications may also be reached by calling (202) 326-4040 or (800) 400-7242

### *Your Rights as a Plan Participant*

As a participant in the NALC Annuity Trust Fund you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

- Examine, without charge, at the plan Administrator's office and the office of the Assistant Administrator, all plan documents and copies of all documents filed by the plan with the U.S. Department of Labor, such as annual reports and plan descriptions.
- Obtain copies of all plan documents and other plan information upon written request to the plan Administrator. The plan Administrator may make a reasonable charge for the copies.
- Receive a summary of the Plan's annual financial report. The plan Administrator is required by law to furnish each participant with a copy of this summary annual report.
- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 62 with five years of Creditable Service or age 67) and if so, what your benefits would be at normal retirement age if you stop working under the plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to obtain a pension. This statement must be requested in writing and is not required to be given more than once a year. The Plan must provide the statement free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries of the plan," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA. If your claim for a pension benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance,

- If you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.
- If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

P 0124

- If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest area office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210.

***Summary of Plan Information***

This document contains a general summary of the Plan as of December 31, 1999, but it is not intended as the document under which eligibility and benefits are determined. The terms of the Plan are set forth in the NALC Annuity Trust Fund Rules and Regulations. The Assistant Administrator is Meryl Solimini-Beck. She may be contacted with questions regarding benefits under the Plan or your retirement record at (703) 729-4677.

Plan name: National Association of Letter Carriers Annuity Trust Fund

Plan Sponsor: The Board of Trustees of the NALC Annuity Trust Fund
20547 Waverly Court
Ashburn, VA 20149

A complete list of sponsors may be obtained without cost upon written request to the Plan Administrator and may be examined at the NALC offices during normal business hours.

The agent for service of legal process is:

Meryl A. Solimini-Beck
Assistant Administrator
NALC Annuity Trust Fund
20547 Waverly Court
Ashburn, VA 20149

Service of legal process may also be made upon the Plan Administrator or a Plan Trustee.

Plan Administrator: Vincent R. Sombrotto
NALC Annuity Trust Fund
100 Indiana Avenue, NW
Washington, D.C. 20001
(202) 393-4695

Employer identification number: 52-6038252

Plan number: 001

Type of plan: Defined benefit plan

Plan year: July 1 – June 30

Names and addresses of Trustees:

**Names and Business Address**

Lawrence D. Brown, Jr., Chairman
NALC Annuity Trust Fund
20547 Waverly Court
Ashburn, VA 20149

Daniel T. Rupp
NALC Annuity Trust Fund
20547 Waverly Court
Ashburn, VA 20149

Randall L. Keller
NALC Annuity Trust Fund
20547 Waverly Court
Ashburn, VA 20149

Notes