# Exhibit 6

Halline and Paulette Overby
v.
National Association of Letter Carriers, *et al.*

Civil Action No. 06-CV-1356 (RMC/JMF)

```
                                                              1
 1                                          1

 2   UNITED STATES DISTRICT COURT

 3   FOR THE DISTRICT OF COLUMBIA
     - - - - - - - - - - - - - - - - - - - - - - - x
 4   HALLINE OVERBY and PAULETTE M. OVERBY, 3705
     S. George Mason Drive, Apt. 805 S, Falls
 5   Church, VA 22041

 6                        Plaintiffs,

 7                        Index # 06-CV-1356
                                 (RMC/JMF)
 8            -against-

 9   NATIONAL ASSOCIATION OF LETTER CARRIERS,
     100 Indiana Ave. NW, Washington, D.C. 20001,
10   NATIONAL ASSOCIATION OF LETTER CARRIERS
     ANNUITY TRUST FUND, 100 Indiana Ave. NW,
11   Washington, D.C. 20001, WILLIAM H. YOUNG,
     100 Indiana Ave. NW, Washington, D.C. 20001,
12   BOARD OF TRUSTEES of the NATIONAL
     ASSOCIATION OF LETTER CARRIERS ANNUITY TRUST
13   FUND, 20547 Waverly Ct, Ashburn, VA 20149,

14                        Defendants.
     - - - - - - - - - - - - - - - - - - - - - - - x
15
                        50 Jericho Quadrangle
16                      Jericho, New York

17                      April 3, 2008
                        1:00 p.m.
18
            DEPOSITION of NATIONAL ASSOCIATION OF
19   LETTER CARRIERS, the Defendant in the

20   above-entitled action, by VINCENT R.

21   SOMBROTTO, held at the above time and place,

22   pursuant to Notice, taken before Jo-Anne

23   Bodkin, a Notary Public within and for the

24   State of New York.

25
```

72

1                Sombrotto                    72
2      Q    Did you vote?
3      A    I don't vote as chair.  I only
4 break a tie.
5      Q    You don't vote as chair --
6      A    No.
7      Q    -- of the executive council?
8      A    No.
9      Q    And was it your understanding
10 that they had any choice other than what you
11 described as the Hobson's choice?
12           MR. HAYES:  Objection.
13     A    Who are we referencing?
14     Q    The trustees.
15     A    I thought we were in the
16 council.
17     Q    Hm?
18     A    You asked me if I was chairman
19 of the council and if I had a vote in the
20 council meeting.
21     Q    Okay.
22          Did the members of the
23 executive council have any choice, other
24 than the Hobsonsian choice that you
25 described?

```
                                                          73
                        Sombrotto                   73
     A    The question that I said -- the
response that I gave you, any -- they had a
choice to vote one way or the other, to
accept the recommendation or to vote it
down.
          And they voted unanimously to
accept the recommendation.  That's why the
plan description was changed.
     Q    Okay.
          And you have some recollection
that -- that this type of discussion that's
described in the trustees minutes also
occurred at the executive council meeting?
     A    We discussed the change that
was offered at the executive council
meeting.
     Q    And you have a recollection of
that?
     A    Of course I have a recollection.
I chaired the meeting.
     Q    Okay.
          So who discussed it?
     A    The members of the council
discussed it, what was -- what was going to
```

```
                                                         79
 1                    Sombrotto                    79
 2          Do you recall that?
 3              MR. HAYES:  Object to
 4          form.
 5     A    No, I don't exactly recall it.
 6          But, again, I -- I would remind
 7  you that earlier I said that while I was
 8  president we improved the benefits for
 9  participants in many regards.
10          And now we've isolated one that
11  we -- you say we reduced the benefits, but
12  that's another question.
13     Q    Well, do you recall any other
14  instance where benefits were reduced?
15              MR. HAYES:  Object to the
16          form.
17              You can answer.
18     A    I don't recall any.
19          I mean, if you say -- if you
20  could show me in the plan, then at least
21  I'll have a chance to refresh my
22  recollection.
23     Q    Well, I believe Mr. Worsham
24  testified, too, that he can't recall any
25  instance when benefits were reduced.  And
```

```
                                                        86
 1                  Sombrotto                    86
 2   he retired, he'd have to have -- he'd have
 3   to have a year before he retired.
 4        Q    Um-hum.
 5             But if he got married to her
 6   the day before he retired, as long as they
 7   were married for a year, she would get the
 8   survivor's benefit, right?
 9        A    Exactly.
10             MR. HAYES:  Objection to
11             the form.
12        Q    And do you remember any type of
13   a booklet going out to people to tell them
14   about this change in the rule?
15        A    They get a copy of the plan
16   description.  I don't know how often, but I
17   know that they get it.
18        Q    Okay.
19             Do you remember a discussion
20   with John Marco about plan descriptions?
21        A    John Marco?  What would I --
22        Q    Do you know John Marco?
23        A    Sure.
24        Q    And who is John Marco?
25        A    He was a former national
```

```
                                                          96
 1                    Sombrotto                   96
 2   that was in effect when Mr. Overby retired?
 3       A    I said that it was -- you have
 4   to -- it has to be consistent with the plan
 5   description.  There is a plan description
 6   that describes what your benefits are.
 7       Q    Okay.
 8            So if this says that the spouse
 9   must have been married to the annuitant for
10   one year immediately preceding the
11   annuitant's death --
12       A    Overby didn't die yet.  We all
13   die, but he isn't dead yet.
14       Q    Okay.
15            So you're saying that as long
16   as he's told what the rule is before he dies
17   it's okay?
18       A    No.
19            MR. HAYES:  Object to the
20       form.
21       A    I'm saying you can't apply for
22   survivor benefit until you're a survivor.
23       Q    Well, the rule that you're
24   saying was in effect was that he needed to
25   be married for at least one year before he
```

Priority-One Court Reporting Services, Inc.        Staten Island, NY 10314
899 Manor Road                                              718-983-1234

```
                                                          97
1                     Sombrotto                    97
2    retired.
3         A    That's correct.
4         Q    And that that rule --
5         A    And that's stated clearly in
6    the plan description.
7         Q    Okay.
8              And if that rule was described
9    here, couldn't he have married Paulette
10   Overby before he retired?
11             MR. HAYES:  Object to the
12        form.
13             Calls for speculation.
14        A    He could have done what he
15   wanted to.  He is a free will person.  He
16   could have married her or not married her.
17             As I said, I'm sure that he
18   wasn't married to Paulette within the first
19   year after he retired.
20        Q    I believe he was married to her
21   within the first year after he retired,
22   Mr. Sombrotto.
23             MR. HAYES:  That's --
24        Q    So how are you sure of that?
25             MR. HAYES:  You can
```

99

1        Sombrotto                             99
2  recall.
3           And it certainly wouldn't have
4  been Mr. Overby because he was present and
5  he knew the rule changed.
6      Q    You don't --
7      A    He was present when the rule
8  was changed.
9      Q    You don't recall telling
10 Mr. Overby that you changed the rule?
11          MR. HAYES:  Object to the
12          form.
13     A    No.
14          Again, I explained to you, I
15 didn't change the rule.  I didn't change.
16 The council changed the rules.
17     Q    Counsel changed the rules,
18 okay.
19     A    Of which he was a member and
20 voted.
21     Q    Oh, the executive council
22 changed rules --
23     A    Yes.
24     Q    -- as opposed to counsel?
25     A    Yes.  Well, we could get

```
                            Sombrotto              100
 1
 2   confused with councils here.  There are a
 3   lot of counsels here.
 4        Q    Yes.
 5        A    But the executive council made
 6   the final -- the change.  And he was a
 7   member of the council when that was made.
 8        Q    And do you see the language
 9   about "or be the parent of a child by such
10   marriage"?
11             MR. HAYES:  Referring to
12             which exhibit now?
13        A    Yeah.
14        Q    Exhibit 1.
15             MR. HAYES:  The question
16             is do you see that language.
17        A    Where is it, in "B"?
18        Q    Yes.
19        A    Yes.
20             So what about that?  There's no
21   children involved here?
22        Q    Do you recall what that's
23   about?
24        A    If the child is under eighteen
25   years of age.
```

```
                                                           138
1                     Sombrotto              138
2         A    No.  It would not -- we would
3    have done it and met our fiduciary
4    responsibilities to all the rest of the plan
5    participants.
6              There is not just three --
7    three -- they only reared their heads
8    recently.
9              And in the case of Mr. Davis
10   and the case of Mr. Overby, they voted for
11   this change.  They voted for it.  They were
12   part of the unanimous vote that the council
13   gave to make this change, and now they want
14   to change it back.  Because that's what
15   you're saying.  Well...
16        Q    Do you want to answer the
17   question?
18        A    I answered it.
19        Q    Could you have made this change
20   in 1985 in a way --
21        A    If you're asking me --
22             MR. HAYES:  Vince, let him
23             finish the question.
24             Okay.
25        Q    Could you have made this change
```