# EXHIBIT 2

FILED UNDER SEAL WITH CLERK'S OFFICE