# EXHIBIT 4

**UNITED STATES POSTAL SERVICE**
OFFICIAL BUSINESS

**SENDER INSTRUCTIONS**
Print your name, address, and ZIP Code in the space below.
- Complete items 1, 2, 3, and 4 on the reverse.
- Attach to front of article if space permits, otherwise affix to back of article.
- Endorse article "Return Receipt Requested" adjacent to number.



PENALTY FOR PRIVATE USE, $300

**RETURN TO** ➤  NALC Health Benefit Plan
(Name of Sender)

11111 Sunset Hills Rd.
(No. and Street, Apt., Suite, P.O. Box or R.D. No.)

Reston, Va. 22093
(City, State, and ZIP Code)

Attn: K. Semnewald

NALC 0326

| PS Form 3811, July 1983 447-845 | ● SENDER: Complete items 1, 2, 3 and 4. Put your address in the "RETURN TO" space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for service(s) requested. |
|---|---|
| | 1. ☐ Show to whom, date and address of delivery. |
| | 2. ☐ Restricted Delivery. |
| | 3. Article Addressed to:<br><br>IRS<br><br>Memphis, Tn. 37501 |

| 4. Type of Service: | Article Number |
|---|---|
| ☐ Registered  ☐ Insured<br>☑ Certified  ☐ COD<br>☐ Express Mail | P 583221287 |

Always obtain signature of addressee or agent and DATE DELIVERED.   RECEIVED MSC IRS PO. 32

5. Signature — Addressee
X

6. Signature — Agent     Oct 17 '86
X

7. Date of Delivery

8. Addressee's Address (ONLY if requested and fee paid)

DOMESTIC RETURN RECEIPT

NALC 0327

# National Association of Letter Carriers
## Health Benefit Plan

11111 Sunset Hills Road, Reston, Virginia 22093  (703) 471-1550

Robert J. Buntz  
Director

Anthony B. Morell  
Assistant Director

**Officers of the National Association of Letter Carriers**

Vincent R. Sombrotto  
*President*

Tony R. Huerta  
*Executive Vice President*

Francis J. Conners  
*Vice President*

Richard P. O'Connell  
*Secretary-Treasurer*

Halline Overby  
*Asst. Secretary-Treasurer*

Joseph H. Johnson, Jr.  
*Director of City Delivery*

William M. Dunn, Jr.  
*Director, Life Insurance*

Mark Roth  
*Director of Retired Members*

October 15, 1986

Internal Revenue Service  
Memphis, Tennessee 37501

Gentlemen:

Enclosed is Form 5500 for the NALC Health Benefit Plan for the year ending December 31, 1985. Also enclosed is a copy of Form 5558, Application for Extension of Time, which was previously filed with your office.

Sincerely,

K. F. Sennewald  
Controller

KFS:sh  
Enclosures

**Board of Trustees**

James G. Souza, Jr.    George Davis, Jr., Ch.    James E. Worsham

NALC 0328

[¶ 1450] 239 2-86      [Form 5500]      3373

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** (With 100 or more participants) | OMB No. 1210-0016 |
|---|---|---|
| Department of the Treasury Internal Revenue Service Department of Labor Pension and Welfare Benefit Programs Pension Benefit Guaranty Corporation | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6057(b) and 6058(a) of the Internal Revenue Code, referred to as the Code. ▶ For Paperwork Reduction Act Notice, see page 1 of the Instructions. | **1985** This Form is Open to Public Inspection |

For the calendar plan year 1985 or fiscal plan year beginning _____, 1985, and ending _____, 19 ___.

Type or print in ink all entries on the form, schedules, and attachments. If an item does not apply, enter "N/A." File the originals.

If (i) through (iii) do not apply to this year's return/report, leave the boxes unmarked. This return/report is:
(i) ☐ the first return/report filed for the plan; (ii) ☐ an amended return/report; or (iii) ☐ the final return/report filed for the plan.

▶ Caution: A penalty of $25 a day for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established—see General Instruction F.
▶ Welfare benefit plans including those described in Code sections 120, 125 and 127, need only complete certain items—see the instructions What to File.
▶ Keogh (H.R. 10) plans must check the box in item 5a(iii).
▶ If you have been granted an extension of time to file this form, you must attach a copy of the approved extension to this form.

**Use IRS label. Otherwise, please print or type.**

| 1a Name of plan sponsor (employer if for a single employer plan) | 1b Employer identification number |
|---|---|
| National Association of Letter Carriers | 53 : 0114650 |
| Address (number and street) 100 Indiana Avenue, NW | 1c Telephone number of sponsor ( 202 ) 393-4695 |
| City or town, state and ZIP code Washington, DC  20001 | 1d If plan year changed since last return/report, check here . ▶ ☐ |
| 2a Name of plan administrator (if same as plan sponsor enter "Same") Robert J. Buntz | 1e Business code number ▶ 9319 |
| Address (number and street) 11111 Sunset Hills Road | 2b Administrator's employer identification no. 54 : 1026866 |
| City or town, state and ZIP code Reston, Virginia  22093 | 2c Telephone number of administrator ( 703 ) 471-1550 |

3 Is the name, address and identification number of the plan sponsor and/or plan administrator the same as they appeared on the last return/report filed for this plan? ☒ Yes ☐ No. If "No," enter the information from the last return/report in a and/or b.
   a Sponsor ▶ _____ EIN _____
   b Administrator ▶ _____ EIN _____
   c If a indicates a change in the sponsor's name and EIN, is this a change in sponsorship only? (See specific instructions for definition of sponsorship.) ☐ Yes ☐ No

4 Check appropriate box to indicate the type of plan entity (check only one box):
   a ☐ Single-employer plan    c ☐ Multiemployer plan    e ☐ Multiple-employer plan (other)
   b ☒ Plan of controlled group of corporations or common control employers    d ☐ Multiple-employer-collectively-bargained plan    f ☐ Group insurance arrangement (of welfare plans)

5 a (i) Name of plan ▶ NALC Health Benefit Plan for officers and employees of NALC and related organizations    5 b Effective date of plan 4-1-50
   (ii) ☐ Check if name of plan changed since last return/report
   (iii) ☐ Check this box if this is a Keogh (H.R. 10) plan.
   5 c Enter three-digit plan number ▶ 5 0 1

6 Check at least one item in a or b and applicable items in c:   a Welfare benefit plan (Plan numbers 501 through 999):
   (i) ☒ Health insurance    (ii) ☐ Life insurance    (iii) ☐ Supplemental unemployment
   (iv) ☐ Other (specify) ▶ _____
   (v) ☐ Code section 120 (group legal services plan)    (vi) ☐ Code section 125 (cafeteria plan)
   (vii) ☐ Code section 127 (educational assistance program)   If you checked (v), (vi), or (vii) check if ☐ funded or ☐ unfunded.
  b Pension benefit plan (Plan numbers 001 through 500):
   (i) Defined benefit plan—(Indicate type of defined benefit plan): (A) ☐ Fixed benefit   (B) ☐ Unit benefit
     (C) ☐ Flat benefit   (D) ☐ Other (specify) ▶ _____
   (ii) Defined contribution plan—(indicate type of defined contribution below): (A) ☐ Profit-sharing   (B) ☐ Stock bonus
     (C) ☐ Target benefit   (D) ☐ Other money purchase   (E) ☐ Other (specify) ▶ _____
   (iii) ☐ Defined benefit plan with benefits based partly on balance of separate account of participant (Code section 414(k))
   (iv) ☐ Annuity arrangement of a certain exempt organization (Code section 403(b)(1))
   (v) ☐ Custodial account for regulated investment company stock (Code section 403(b)(7))
   (vi) ☐ Pension plan utilizing individual retirement accounts or annuities (described in Code section 408) as the sole funding vehicle for providing benefits
   (vii) ☐ Other (specify) ▶

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Date ▶ 10/15/86    Signature of employer/plan sponsor ▶ *Vincent R. Sombrotto*    Vincent R. Sombrotto

Date ▶ 10/14/86    Signature of plan administrator ▶ *Robert J. Buntz*    Robert J. Buntz

NALC 0329

3374 [Form 5500] 239 2-86

Form 5500 (1985)

Page 2

**6 c** Other plan features: (i) ☐ Thrift-savings (ii) ☐ Participant-directed account plan
(iii) ☐ Pension plan maintained outside the United States (iv) ☐ Master trust (see instructions) ▶ __n/a__
**d** Single-employer plans enter the tax year end of the employer in which this plan year ends . ▶ Month ____ Day ____ Year ____
**e** Is this a pension plan of an affiliated service group?  [Yes | No: X]
**f** Does this plan contain a cash or deferred arrangement described in Code section 401(k)? [X in No]

**7** Number of participants as of the end of the plan year (welfare plans complete only a(iv), b, c and d):
   **a** Active participants: (i) Number fully vested
     (ii) Number partially vested
     (iii) Number nonvested
     (iv) Total
   **b** Retired or separated participants receiving benefits . . . . 505
   **c** Retired or separated participants entitled to future benefits . . 51
   **d** Subtotal (add a(iv), b and c)
   **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits . . 556
   **f** Total (add d and e)
   **g** (i) Was any participant(s) separated from service with a deferred vested benefit for which a Schedule SSA (Form 5500) is required to be attached to this form? [Yes | No]
     (ii) If "Yes," enter the number of separated participants required to be reported ▶

**8** Plan amendment information (welfare plans do not complete b(ii)):
   **a** Was any amendment to this plan adopted in this plan year? . . . [X in Yes]
   **b** If "Yes," (i) And if any amendments have resulted in a change in the information contained in a summary plan description or previously furnished summary description of modifications—
     (A) Have summary descriptions of the change(s) been sent to participants? [X in No]
     (B) Have summary descriptions of the change(s) been filed with DOL? [X in No]
     (ii) Does any amendment result in the reduction of the accrued benefit of any participant under the plan?
   **c** Enter the date the most recent amendment was adopted . . . ▶ Month _01_ Day _01_ Year _86_
   **d** (i) Has a summary plan description been filed with DOL for this plan? . . [X in Yes]
     (ii) If (i) is "Yes," what was the employer identification number and the plan number used to identify it?
     Employer identification number ▶ 53-0114650    Plan number ▶ 501

**9** Plan termination information (welfare plans complete only a, b, c and f):
   **a** Was this plan terminated during this plan year or any prior plan year? . . . If "Yes," enter year ▶ [X in No]
   **b** Were all plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of PBGC?
   **c** Was a resolution to terminate this plan adopted during this plan year or any prior plan year? . . . [X in No]
   **d** If a or c is "Yes," have you received a favorable determination letter from IRS for the termination?
   **e** If d is "No," has a determination letter been requested from IRS?
   **f** If a or c is "Yes," have participants and beneficiaries been notified of the termination or the proposed termination?
   **g** If a is "Yes," and the plan is covered by PBGC, is the plan continuing to file a PBGC Form 1 and pay premiums until the end of the plan year in which assets are distributed or brought under the control of PBGC?

**10 a** In this plan year, was this plan merged or consolidated into another plan, or were assets or liabilities transferred to another plan? . . . [X in No]
   If "Yes," identify other plan(s):
   **b** Name of plan(s) ▶ _____  **c** Employer identification number(s) _____  **d** Plan number(s) _____
   **e** Has Form 5310 been filed? . . . ☐ Yes ☐ No

**11** Indicate funding arrangement:   **a** ☐ Trust (benefits provided in whole from trust funds)
   **b** ☐ Trust or arrangement providing benefits partially through insurance and/or annuity contracts
   **c** ☐ Trust or arrangement providing benefits exclusively through insurance and/or annuity contracts
   **d** ☐ Custodial account described in Code section 401(f) and not included in c above
   **e** ☒ Other (specify) ▶ _Self-insured unfunded welfare plan_
   **f** If b or c is checked, enter the number of Schedules A (Form 5500) which are attached . . . ▶

**12 a** Has the plan used the services of a contract administrator (see instructions)? . . . ☐ Yes ☒ No
   If "Yes," you must complete line (1) of the schedule below.
   **b** Did any other person who rendered services to the plan receive, directly or indirectly, compensation from the plan in the plan year? ☐ Yes ☒ No
   If "Yes," furnish the following information starting on line (2):

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code (see instructions) |
|---|---|---|---|---|---|---|
| (1) | | Contract admin. | | | | |
| (2) | | | | | | 13 |
| (3) | | | | | | |

NALC 0330

239  2-86                                            **[Form 5500]**                                              3375

Form 5500 (1985)                                                                                                  Page 3

**13** Plan assets and liabilities at the beginning and the end of the plan year (list all assets and liabilities at current value). A fully insured welfare plan or a pension plan with no trust and which is funded entirely by allocated insurance contracts which fully guarantee the amount of benefit payments should check the box and not complete the rest of this item ▶ . . . . . . . . . . . . . . . . ☐

**Note:** Include all plan assets and liabilities of a trust or separately maintained fund. (If more than one trust/fund, report on a combined basis.) Include all insurance values except for the value of that portion of an allocated insurance contract which fully guarantees the amount of benefit payments. Round off amounts to the nearest dollar. Trusts with no assets at the beginning and the end of the plan year enter zero on line 13h.

| Assets | (a) Beginning of year | (b) End of year |
|---|---|---|
| **a** Cash: *(i)* On hand | | |
| *(ii)* In bank: (A) Certificate of deposit | | |
| (B) Other interest bearing | | |
| (C) Noninterest bearing | | |
| *(iii)* Total cash (add *(i)* and *(ii)*) | | |
| **b** Receivables: *(i)* Employer contributions | | |
| *(ii)* Employee contributions | | |
| *(iii)* Other | | |
| *(iv)* Reserve for doubtful accounts | | |
| *(v)* Net receivables (subtract *(iv)* from the total of *(i)*, *(ii)* and *(iii)*) | | |
| **c** General investments other than party-in-interest investments: | ///// | ///// |
| *(i)* U.S. Government securities: (A) Long term | | |
| (B) Short term | | |
| *(ii)* State and municipal securities | | |
| *(iii)* Corporate debt instruments: (A) Long term | | |
| (B) Short term | | |
| *(iv)* Corporate stocks: (A) Preferred | | |
| (B) Common | | |
| *(v)* Shares of a registered investment company | | |
| *(vi)* Real estate | | |
| *(vii)* Mortgages | | |
| *(viii)* Loans other than mortgages | | |
| *(ix)* Value of interest in pooled fund(s) | | |
| *(x)* Value of interest in master trust | | |
| *(xi)* Other investments | | |
| *(xii)* Total general investments (add *(i)* through *(xi)*) | | |
| **d** Party-in-interest investments: | ///// | ///// |
| *(i)* Corporate debt instruments | | |
| *(ii)* Corporate stocks: (A) Preferred | | |
| (B) Common | | |
| *(iii)* Real estate | | |
| *(iv)* Mortgages | | |
| *(v)* Loans other than mortgages | | |
| *(vi)* Other investments | | |
| *(vii)* Total party-in-interest investments (add *(i)* through *(vi)*) | | |
| **e** Buildings and other depreciable property used in plan operation | | |
| **f** Value of unallocated insurance contracts (other than pooled separate accounts): | ///// | ///// |
| *(i)* Separate accounts | | |
| *(ii)* Other | | |
| *(iii)* Total (add *(i)* and *(ii)*) | | |
| **g** Other assets | | |
| **h** Total assets (add **a**(iii), **b**(v), **c**(xii), **d**(vii), **e**, **f**(iii) and **g**) | none | none |
| **Liabilities** | ///// | ///// |
| **i** Payables: *(i)* Plan claims | | |
| *(ii)* Other payables | | |
| *(iii)* Total payables (add *(i)* and *(ii)*) | | |
| **j** Acquisition indebtedness | | |
| **k** Other liabilities | | |
| **l** Total liabilities (add **i**, **j**, and **k**) | | |
| **m** Net assets (subtract **l** from **h**) | | |
| **n** During the plan year what were the: | | ///// |
| *(i)* Total costs of acquisitions for common stock? | | |
| *(ii)* Total proceeds from dispositions of common stock? | | |

**NALC 0331**

3376 [Form 5500] 239 2-86

Form 5500 (1985) Page **4**

**14** Plan income, expenses and changes in net assets for the plan year.

   **Note:** Include all income and expenses of a trust(s) or separately maintained fund(s) including any payments made for allocated insurance contracts. Round off amounts to nearest dollar.

| Income | (a) Amount | (b) Total |
|---|---|---|
| **a** Contributions received or receivable in cash from— | | |
|    (i) Employer(s) (including contributions on behalf of self-employed individuals) | | |
|    (ii) Employees | | |
|    (iii) Others | | |
| **b** Noncash contributions (specify nature and by whom made) ▶ | | |
| **c** Total contributions (add total of a(iii) and b) | | |
| **d** Earnings from investments— | | |
|    (i) Interest | | |
|    (ii) Dividends | | |
|    (iii) Rents | | |
|    (iv) Royalties | | |
| **e** Net realized gain (loss) on sale or exchange of assets— | | |
|    (i) Aggregate proceeds | | |
|    (ii) Aggregate costs | | |
| **f** Other income (specify) ▶ | | |
| **g** Total income (add c through f) | | none |

| Expenses | (a) Amount | (b) Total |
|---|---|---|
| **h** Distribution of benefits and payments to provide benefits— | | |
|    (i) Directly to participants or their beneficiaries | | |
|    (ii) To insurance carrier or similar organization for provision of benefits | | |
|    (iii) To other organizations or individuals providing welfare benefits | | |
| **i** Interest expense | | |
| **j** Administrative expenses— | | |
|    (i) Salaries and allowances | | |
|    (ii) Fees and commissions | | |
|    (iii) Insurance premiums for Pension Benefit Guaranty Corporation | | |
|    (iv) Insurance premiums for fiduciary insurance other than bonding | | |
|    (v) Other administrative expenses | | |
| **k** Other expenses (specify) ▶ | | |
| **l** Total expenses (add h through k) | | |
| **m** Net income (expenses) (subtract l from g) | | |

| **n** Changes in net assets — | (a) Amount | (b) Total |
|---|---|---|
|    (i) Unrealized appreciation (depreciation) of assets | | |
|    (ii) Net investment gain (or loss) from all master trust investment accounts | | |
|    (iii) Other changes (specify) ▶ | | |
| **o** Net increase (decrease) in net assets for the year (add m and n) | | |
| **p** Net assets at beginning of year (line 13m, column (a)) | | |
| **q** Net assets at end of year (add o and p) (equals line 13m, column (b)) | | |

**15** All plans complete a. Plans funded with insurance policies or annuity contracts also complete b and c: | Yes | No |
|---|---|---|
| **a** Since the end of the plan year covered by the last return/report has there been a termination in the appointment of any trustee, accountant, insurance carrier, enrolled actuary, administrator, investment manager or custodian? | | X |
| If "Yes," explain and include the name, position, address and telephone number of the person whose appointment has been terminated ▶ | | |
| **b** Have any insurance policies or annuities been replaced during this plan year? | | |
| If "Yes," explain the reason for the replacement ▶ | | |
| **c** At any time during the plan year was the plan funded with: | | |
|    (i) ☐ Individual policies or annuities, (ii) ☐ Group policies or annuities, or (iii) ☐ Both. | | |

[¶ 1450]

NALC 0332

239 2-86

[Form 5500]

3377

Form 5500 (1985)

Page 5

**16 Bonding:**

|   |   | Yes | No |
|---|---|---|---|
| a | Was the plan insured by a fidelity bond against losses through fraud or dishonesty? If "Yes," complete b through f; if "No," only complete g. | X | |
| b | Indicate the number of plans covered by this bond ▶ 1 | | |
| c | Enter the maximum amount of loss recoverable ▶ 1,000,000 | | |
| d | Enter the name of the surety company ▶ Aetna Casualty & Surety | | |
| e | Does the plan, or a known party-in-interest with respect to the plan, have any control or significant financial interest, direct or indirect, in the surety company or its agents or brokers? | | X |
| f | In the current plan year was any loss to the plan caused by the fraud or dishonesty of any plan official or employee of the plan or of other person handling funds of the plan? If "Yes," see Specific Instructions. | | X |
| g | If the plan is not insured by a fidelity bond, explain why not ▶ | | |

**17 Information about employees of employer at end of the plan year:** n/a

a  Does the plan satisfy the percentage tests of Code section 410(b)(1)(A)? If "No," complete only b below and see Specific Instructions
b  Total number of employees
c  Number of employees excluded under the plan because of:
   (i)   Minimum age or years of service
   (ii)  Employees on whose behalf retirement benefits were the subject of collective bargaining
   (iii) Nonresident aliens who receive no earned income from United States sources
   (iv)  Total excluded (add (i), (ii) and (iii))
d  Total number of employees not excluded (subtract c(iv) from b)
e  Employees ineligible (specify reason) ▶
f  Employees eligible to participate (subtract e from d)
g  Employees eligible but not participating
h  Employees participating (subtract g from f)

**18 Is this plan an adoption of any of the plans below?** (If "Yes," check appropriate box and enter IRS serial number):  n/a

|   |   | Yes | No |
|---|---|---|---|
| a | ☐ Master/prototype plan, or  b ☐ Uniform plan. Enter the eight-character IRS letter serial number (see instructions) ▶ | | |
| 19 a | Is it intended that this plan qualify under Code section 401(a)? | | X |
| b | Have you requested or received a determination letter from the IRS for this plan? | | X |
| c | Is this a plan with Employee Stock Ownership Plan features? | | X |
| (i) | If "Yes," was a current appraisal of the value of the stock made immediately before any contribution of stock or the purchase of the stock by the trust for the plan year covered by this return/report? | | |
| (ii) | If (i) is "Yes," was the appraisal made by an unrelated third party? | | |
| 20 a | If plan is integrated, check appropriate box:   n/a (i) ☐ Social security   (ii) ☐ Railroad retirement   (iii) ☐ Other | | |
| b | Does the employer/sponsor listed in item 1a of this form maintain other qualified pension benefit plans? If "Yes," list the number of plans including this plan ▶ | | |
| 21 a | If this is a defined benefit plan, is it subject to the minimum funding standards for this plan year?  n/a If "Yes," attach Schedule B (Form 5500). | | |
| b | If this is a defined contribution plan, i.e., money purchase or target benefit, is it subject to the minimum funding standards? (If a waiver was granted, see instructions.) | | |

If "Yes," complete (i), (ii) and (iii) below:
(i)   Amount of employer contribution required for the plan year under Code section 412
(ii)  Amount of contribution paid by the employer for the plan year
      Enter date of last payment by employer     ▶ Month _____ Day _____ Year _____
(iii) If (i) is greater than (ii), subtract (ii) from (i) and enter the funding deficiency here; otherwise enter zero. (If you have a funding deficiency, file Form 5330.)

[¶ 1450]

NALC 0333

3378 [Form 5500] 239 2-86

Form 5500 (1985) Page **6**

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Answer questions **a**, **b**, and **c** relating to the plan year. If a*(i)*, *(ii)*, *(iii)*, *(iv)* or *(v)* is checked "Yes," schedules of those items in the format set forth in the instructions are required to be attached to this form.  n/a | | | ▨ |
| | **a** *(i)* Did the plan have assets held for investment? . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | *(ii)* Did any non-exempt transaction involving plan assets involve a party known to be a party-in-interest? . . . . . . | | | | |
| | *(iii)* Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectable? . . . . . . . . . . . . . . . . . . . . . . . . | | | ▨ | ▨ |
| | *(iv)* Were any leases to which the plan was a party in default or classified during the year as uncollectable? . . . . . | | | | |
| | *(v)* Were any plan transactions or series of transactions in excess of 3% of the current value of plan assets? . . . | | | | |
| | **b** The accountant's opinion is *(i)* ☐ Required, or *(ii)* ☒ Not required | | | | |
| | **c** If the accountant's opinion is required, attach it to this form and check the appropriate box. This opinion is: | | | | |
| | *(i)* ☐ Unqualified | | | | |
| | *(ii)* ☐ Qualified | | | | |
| | *(iii)* ☐ Adverse | | | | |
| | *(iv)* ☐ Other (explain) ▶ | | | | |
| 23 **a** | Is the plan covered under the Pension Benefit Guaranty Corporation termination insurance program? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Not determined | n/a | | | |
| **b** | If **a** is "Yes," or "Not determined," enter the employer identification number and the plan number used to identify it. Employer identification number ▶  Plan number ▶ | | | Yes | No |
| 24 **a** | Is this plan a top-heavy plan within the meaning of Code section 416 for this plan year? . . . . . n/a . . . | | | | |
| **b** | If **a** is "Yes," complete *(i)*, *(ii)* and *(iii)* below: | | | ▨ | ▨ |
| | *(i)* Has the plan complied with the vesting requirements of Code section 416(b)? . . . . . . . . . . . . | | | | |
| | *(ii)* Has the plan complied with the minimum benefit requirements of Code section 416(c)? . . . . . . . . | | | | |
| | *(iii)* Has the plan complied with the limitation on compensation of Code section 416(d)? . . . . . . . . | | | | |
| 25 | Have any individuals performed services as a leased employee for this employer or for any other employer who is aggregated with this employer under section 414(b), (c), or (m)? . . . . . . . . . . . n/a . . . . If "Yes," see instructions for completing item 17. | | | | ▨ |

[¶ 1450]

NALC 0334

Form **5558**
(Rev. August 1985)
Department of the Treasury
Internal Revenue Service

**Application for Extension of Time to File Certain Employee Plan Returns**
► For Paperwork Reduction Act Notice, see Instructions on back.

OMB No. 1545-0212
Expires 7-31-88

**File With IRS Only**

File in DUPLICATE by the due date for filing the return. (See general instructions 2 and 3.)

Name of taxpayer or plan sponsor (see instructions)
NATIONAL ASSOCIATION OF LETTER CARRIERS
Address (Number and street)
100 INDIANA AVENUE, N.W.
City or town, State, and ZIP code
WASHINGTON, D.C. 20001

Check applicable box and enter number (see specific instructions)
[X] Employer identification number ► 53-0114650 OR
[ ] Social security number ►

1  I request an extension of time until (see specific instruction 1) ► 10/15/86 (check appropriate block(s)):
  a  [X] To file Form 5500, Annual Return/Report of Employee Benefit Plan (with related schedules).
  b  [ ] To file Form 5500-C, Return/Report of Employee Benefit Plan (with related schedules).
  c  [ ] To file Form 5500-R, Registration Statement of Employee Benefit Plan (with related schedules).
  d  [ ] To file Form 5330, Return of Initial Excise Taxes Related to Pension and Profit-Sharing Plans, for tax year beginning ► _____ and ending ► _____
  e  If you checked d above, are you electing to be taxed under ERISA section 2003(c)(1)(B)? . . . . [ ] Yes [ ] No

2  Complete the following for the plan covered by this application (see general instruction 2):

| Plan name | Plan number | Plan year ending Month | Day | Year |
|---|---|---|---|---|
| NALC HEALTH BENEFIT PLAN FOR OFFICERS & EMPLOYEES OF NALC AND RELATED ORGANIZATIONS | 501 | 12 | 31 | 85 |

3  a  Has an extension of time to file the designated return(s) been previously granted for this tax year? . . . . [ ] Yes [X] No
   b  If "Yes," show the date(s) to which the extension was granted . . . . ► _____

4  Attach a detailed statement of why you need the extension (see specific instruction 4).
5  If the extension is for Form 5330, enter the amount of tax estimated to be due on Form 5330. Pay this amount with this application . . . . ►

**Caution:** Interest on late payment of tax accrues at the rate established under section 6621 of the Internal Revenue Code from the regular due date of the return until paid. (For the penalty for late payment of tax, see specific instruction 5.)

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete and that I am authorized to prepare this application.

Signature ► *Jo Ann Woodson CPA*    Date ► 7/24/86

**Note:** The person who signs this form may be an employer or plan administrator filing Form 5500, 5500-C, 5500-R or 5330; a disqualified person filing Form 5330; an attorney or certified public accountant qualified to practice before the IRS; a person enrolled to practice before the IRS; or a person holding a power of attorney.

**Notice to Applicant.**—The Internal Revenue Service will indicate below whether the extension is granted or denied and will return the original of the application.

[X] The application IS approved to ► _____ (You MUST attach a copy of this form to each return you file for which an extension is granted.)

[ ] The application IS NOT approved. (You MUST attach a copy of this form to each return you file for which a grace period is granted.) However, in view of your reasons stated in the application, a 10-day grace period is granted from the date shown below or due date of the return, whichever is later. This 10-day grace period constitutes a valid extension of time for purposes of elections otherwise required to be made on timely filed returns.

[ ] The application IS NOT approved. After consideration of the reasons stated in your application, we have determined the extension is not warranted. (The 10-day grace period is not granted.)

[ ] The application cannot be considered, since you filed it after the due date of the return.
[ ] Other ► _____

(Date)        (Director)        By: _____

Form **5558** (Rev. 8-85)

**NALC 0335**

Form 5558 (Rev. 8-85)                                                                                                                Page 2

If you want the original of this application returned to an address other than that shown on page 1, please fill in the address below.

| **Please Print or Type** | Name |
|---|---|
| | GRANT THORNTON   C/O FREDERICK NEWTON |
| | Address (Number and street) |
| | 1850 M STREET, N.W., SUITE 300 |
| | City or town, State, and ZIP code |
| | WASHINGTON, D.C. 20036 |

## General Instructions

**Paperwork Reduction Act Notice.**—The Paperwork Reduction Act of 1980 says we must tell you why we are collecting this information, how we will use it and whether you have to give it to us. We ask for it to carry out the Internal Revenue laws of the United States. We need it to determine if you are entitled to an extension of time to file your employee plan returns. If you want such an extension you are required to give us this information.

**1. Purpose.**—Form 5558 may be used to apply for an extension of time to file Form 5500, 5500-C, 5500-R, or 5330. No extension will be granted if you are electing to be taxed under section 2003(c)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA).

**2. How and Where to File.**—In general, you must file a separate Form 5558 for each return for which you are requesting an extension. However, if you are a single employer and all of your plan years end on the same date, you may file one Form 5558 to request an extension of time to file more than one Form 5500, 5500-C, or 5500-R. Attach a list showing the plan names and numbers of all of the plans for which you are requesting an extension and show the month, day, and year the plan year ends.

Complete this form in duplicate and file it with the Internal Revenue Service Center where you will file your Form 5500, 5500-C, 5500-R, or 5330. See the instructions for the form you intend to file for a list of locations.

**3. When to File.**—You should file this application in sufficient time for the Internal Revenue Service to consider and act on it before the return's regular due date.

## Specific Instructions

**Name and address.**—If you are a single employer and are requesting an extension to file the annual return/report Forms 5500, 5500-C, or 5500-R, you must enter your name and address in the heading. If you are filing for other than a single employer, enter the plan sponsor's name and address on the application. The plan sponsor listed on this application should be the same as the plan sponsor listed on the annual return/report filed for the plan.

**Employer identification number or social security number.**—If you are filing this application for an extension of time to file Form 5330 and you made excess contributions to a Code section 403(b)(7)(A) custodial account or you are a disqualified person other than an employer, enter your social security number. In all other cases, enter the employer identification number of the person listed in the name and address block.

**Line 1.**—Check the box or boxes to indicate the return for which you are requesting an extension.

If your application for an extension to file Form 5500, 5500-C, or 5500-R, is approved, you will be granted an extension of not more than 2½ months.

Note: *If you are filing for a single employer plan or for a plan of a controlled group of corporations that file a consolidated income tax return and the plan year and the tax year coincide, and have been granted an extension of time to file your income tax return to a date that is beyond the due date of the Forms 5500, 5500-C, and 5500-R, then the extension also applies to the Forms 5500, 5500-C, and 5500-R.*

Attach a copy of the approved IRS extension to file the income tax return to each Form 5500, 5500-C, and 5500-R that is filed after the normal due date.

If your application for extension of time to file Form 5330 is approved, you may be granted an extension of up to six months.

**Line 4.**—Attach a detailed statement explaining why you need an extension. The Internal Revenue Service will grant a reasonable extension of time for filing a return if you file a timely application showing that you are unable to file the return because of circumstances beyond your control. Generally, an application will be considered on the basis of your own efforts to fulfill this filing responsibility, rather than the convenience of anyone providing help in preparing the return. However, consideration will be given to any circumstances that prevent your practitioner, for reasons beyond his or her control, from filing the return by the due date, and to circumstances in which you are unable to get needed professional help in spite of timely efforts to do so.

Applications that give incomplete reasons, such as "illness" or "practitioner too busy," without adequate explanations, will not be approved. If it is clear that a request for extension is frivolous, solely to gain time, the Internal Revenue Service will deny both the extension request and the 10-day grace period.

**Line 5.**—If you are applying for an extension of time to file Form 5330, estimate the amount of tax due with Form 5330 and enter the total on line 5.

The extension of time to file does not extend the time to pay the tax due. Therefore, you must pay the amount of tax due with this application.

The law imposes a penalty for late payment of tax. The penalty is ½ of 1% of the unpaid amount for each month or part of a month it remains unpaid. The maximum penalty is 25% of the unpaid amount.

Interest is also charged at the rate provided by law from the due date of the return until the date the tax is paid.

☆ U.S. Government Printing Office: 1985—461-495/10167

**NALC 0336**

<u>Form 5558 #4</u>

National Association of
Letter Carriers
#53-0114650

The information necessary for the preparation of a complete and accurate return is not yet available.

NALC 0337