## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **NATIONAL ASSOCIATION OF LETTER CARRIERS,** *et al.*, | ) Civil Action No. 06-CV-1356 (RMC/JMF) ) ) ) |
| **Defendants.** | ) ) ) ) |

### PROPOSED ORDER

Upon consideration of the Defendants' Opposition to Plaintiffs' Motion in Limine and any Reply thereto, it is, this ___ day of _____, 2008, hereby

**ORDERED**, that the Motion be denied.

_____
Judge Rosemary M. Collyer

COPIES TO:

John C. Hayes, Jr.
Emily K. Hargrove
**NIXON PEABODY LLP**
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Stephen R. Bruce
805 15th Street, N.W.
Suite 210
Washington, D.C. 20005

11024253.1