UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-CV-1356 (RMC/JMF) |
| **NATIONAL ASSOCIATION OF** | ) |
| **LETTER CARRIERS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a Sealed Exhibit was filed in paper format with the Court. This document is not available for public viewing.

Dated: May 19, 2008

Respectfully submitted,

NIXON PEABODY, LLP

/s/ John C. Hayes, Jr.
John C. Hayes, Jr. (DCB No. 183582)
Emily K. Hargrove (DCB No. 482906)
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)

*Counsel for Defendants*

11024256.1