UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

HALLINE and PAULETTE OVERBY,        )
                                    )
                    Plaintiffs,     )
                                    )
v.                                  )
                                    ) Civil Action No. 06-CV-1356 (RMC/JMF)
NATIONAL ASSOCIATION OF             )
LETTER CARRIERS, *et al.*,          )
                                    )
                    Defendants.     )

**DECLARATION OF KEITH E. SECULAR IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE**

I, Keith E. Secular, declare as follows:

1. I have personal knowledge of the facts contained herein. I am over the age eighteen (18) years old, and I am otherwise competent to testify in this matter.

2. I am a partner with the law firm of Cohen, Weiss & Simon, LLP.

3. During the 1980's I was responsible for taking minutes for the Executive Council Meetings of the National Association of Letter Carriers.

4. My process for taking minutes was as follows: I took notes of the meetings on a legal pad. After the meeting, I prepared formal minutes based on those notes, which I either dictated to my secretary or wrote out by hand. My secretary then typed the minutes. Once the minutes were in a type-written formal version, I threw away my notes and drafts.

5. I was present at the Executive Council Meetings that took place May 14-16, 1985, during which the Executive Council discussed and voted on the amendment to the survivor benefit rule.

6. My notes for the Executive Council Meeting in May 1985 no longer exist. I discarded them shortly after that meeting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of June, 2008 in Washington D.C.

*/s/ Keith E. Secular*
Keith E. Secular

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 9th day of June, 2008, a true and correct copy of the foregoing DECLARATION OF KEITH E. SECULAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE was filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen R. Bruce
>Allison Caalim
>D.C. Bar No. 289066
>805 15th St., NW, Suite 210
>Washington, D.C. 20005

>_____/s/ John C. Hayes, Jr._____
>John C. Hayes, Jr.