UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HALLINE and PAULETTE OVERBY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1356 (RMC/JMF) |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| LETTER CARRIERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' REQUEST FOR
### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

It is respectfully requested that the Clerk of the Court note and enter the withdrawal of appearance of Emily K. Hargrove (D.C. Bar No. 482906) of the law firm NIXON PEABODY LLP, 401 9th Street, NW, Suite 900, Washington, D.C. 20004-2128 as co-counsel for Defendants in the above-captioned matter. Ms. Hargrove is withdrawing because she has left the firm of NIXON PEABODY LLP, and is no longer active in this litigation.

Defendants further request that Kenneth J. Nichols (D.C. Bar No. 486720) of the law firm of NIXON PEABODY LLP, be substituted as co-counsel in the instant litigation. Mr. Nichols' contact information is as follows:

> Kenneth J. Nichols
> NIXON PEABODY LLP
> 401 9th Street, NW, Suite 900
> Washington, D.C. 20004-2128
> (202) 585-8185 (telephone)
> (202) 585-8080 (facsimile)
>
> knichols@nixonpeabody.com

11119429.1

John C. Hayes, Jr. of the law firm of NIXON PEABODY LLP will continue to represent the Defendants as lead trial counsel. Please send all papers in this case to the attention of John C. Hayes Jr. and Kenneth J. Nichols from this date forward.

Dated: August 19, 2008                     Respectfully submitted,

                                           _____/s/_____
                                           John C. Hayes, Jr. (DCB No. 183582)
                                           Emily K. Hargrove (DCB No. 482906)
                                           NIXON PEABODY LLP
                                           401 Ninth Street, NW, Suite 900
                                           Washington D.C. 20004-2128
                                           (202) 585-8000 (phone)
                                           (202) 585-8080 (facsimile)

                                           ***Withdrawing Counsel for Defendants***
                                           ***National Association of Letter Carriers***

11119429.1                                 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2008, I caused a copy of the foregoing Defendants' Request for Withdrawal and Substitution of Counsel, to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Stephen Bruce
>805 15th Street, N.W.
>Suite 210
>Washington, D.C. 20005
>
>*Counsel for Plaintiffs*

>_____/s/_____
>Emily K. Hargrove

11119429.1