UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-CV-1356 (RMC/JMF) |
| **NATIONAL ASSOCIATION OF** ) | |
| **LETTER CARRIERS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE
RESPONSIVE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and United States District Court for the District of Columbia Local Civil Rule 7(m), Defendants the National Association of Letter Carriers, the National Association of Letter Carriers Annuity Trust Fund, William H. Young, and the Board of Trustees of the National Association of Letter Carriers Annuity Trust Fund (collectively, "Defendants") hereby move for an extension of time of four (4) days, to and including August 29, 2008, to file their responsive proposed findings of fact and conclusions of law. Defendants have sought the consent of Plaintiffs' counsel for the relief requested herein; Plaintiffs do not oppose this Motion. As grounds for this extension of time, Defendants state as follows:

1. On June 16, 2008, following the conclusion of a three-day bench trial, the Court entered an order requiring that Plaintiffs file their proposed findings of fact and conclusions of law within thirty days after receipt of the trial transcript. This Order also required that

Defendants file their responsive proposed findings of fact and conclusions of law within thirty days after Plaintiffs filed their papers.

2. On July 23, 2008, Plaintiffs electronically filed and served their Proposed Findings of Fact and Proposed Conclusions of Law.

3. Pursuant to Rules 6(a) and 6(d), the deadline for Defendants' to file and serve their responsive proposed findings of fact and conclusions of law is August 25, 2008.

4. On August 19, 2008, Emily K. Hargrove, Esq. withdrew as counsel for the Defendants in this matter and is no longer active in this litigation because she has left the firm of NIXON PEABODY LLP. Contemporaneous with Ms. Hargrove's withdrawal, undersigned counsel Kenneth J. Nichols has been substituted as counsel for Defendants in her place.

5. Over the last 45 days, undersigned counsel John C. Hayes, Jr. has frequently been out of the office because the discovery schedule in another litigation has required that he attend nine depositions being held in various locations, including Wisconsin and North Carolina.

6. Per Local Rule 7(m), on August 19, 2008, John C. Hayes, Jr. contacted counsel for Plaintiffs, Stephen R. Bruce, Esq., to inform him of the circumstances described in Paragraphs 4 and 5 above, and to request his consent to an extension of time for Defendants to file their responsive proposed findings of fact and conclusions of law.

7. Mr. Bruce indicated that he would not oppose a motion by Defendants for an extension of time through Friday, August 29, 2008.

8. Defendants submit that good cause exists, under Federal Rule of Civil Procedure 6(b)(1)(A) to grant their requested extension because of the abrupt departure of Ms. Hargrove and the hectic travel schedule of Mr. Hayes. Moreover, any delay that results is *de minimus* because it is a mere four days and is occurring post-trial.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant them an extension, until August 29, 2008, to file and serve their responsive proposed findings of fact and conclusions of law.

Dated: August 20, 2008                                                          Respectfully submitted,

/s/
John C. Hayes, Jr. (DCB No. 183582)
Kenneth J. Nichols (DCB No. 486720)
NIXON PEABODY LLP
401 9th Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8000 (telephone)
(202) 585-8080 (facsimile)

jhayes@nixonpeabody.com
knichols@nixonpeabody.com

### STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to United States District Court for the District of Columbia Local Civil Rule 7(a), Defendants state that Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7(m) govern the above Motion.

Dated: August 20, 2008                                                          Respectfully submitted,

/s/
John C. Hayes, Jr. (DCB No. 183582)
Kenneth J. Nichols (DCB No. 486720)
NIXON PEABODY LLP
401 9th Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8000 (telephone)
(202) 585-8080 (facsimile)

jhayes@nixonpeabody.com
knichols@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2008, I caused a true and correct copy of the foregoing Motion for an Extension of Time for Defendants to File Responsive Proposed Findings of Fact and Conclusions of Law and statement of points and authorities in support thereof to be filed with the Court's Electronic Case Filing System, which will send copies to the following counsel of record:

> Stephen R. Bruce, Esq.
> Allison C. Pienta, Esq.
> STEPHEN R. BRUCE LAW OFFICES
> 805 15th Street, NW
> Suite 210
> Washington, D.C. 20005

/s/
Kenneth J. Nichols

11122779.1