## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **HALLINE and PAULETTE OVERBY,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 06-CV-1356 (RMC/JMF) |
| **NATIONAL ASSOCIATION OF LETTER CARRIERS,** *et al.*, | ) |
| **Defendants.** | ) |

### ORDER

Upon consideration of the Motion for an Extension of Time for Defendants to File Responsive Proposed Findings of Fact and Conclusions of Law ("Motion"), that Plaintiffs do not oppose the Motion, and the entire record herein, it is hereby

ORDERED, that the Motion be, and hereby is, granted; and it is further

ORDERED, that all Defendants in this matter are hereby granted an extension of time to file their responsive proposed findings of fact and conclusions of law, and shall file and serve the same no later than August 29, 2008.

ENTERED this _____ day of August, 2008.


SO ORDERED.

_____
JUDGE ROSEMARY M. COLLYER
U.S. District Court for the District of Columbia

COPIES TO:

John C. Hayes, Jr., Esq.
Kenneth J. Nichols, Esq.
NIXON PEABODY LLP
401 9th Street, NW, Suite 900
Washington, D.C. 20004-2128

jhayes@nixonpeabody.com
knichols@nixonpeabody.com


Stephen R. Bruce, Esq.
Allison C. Pienta, Esq.
STEPHEN R. BRUCE LAW OFFICES
805 15th Street, NW
Suite 210
Washington, D.C. 20005

stephen.bruce@prodigy.net
acaalim@verizon.net